EXHIBIT A: 9 November 2005 Petition

WILLIAM K. RORK



# RORK
### LAW OFFICE

e-mail
rork@rorklaw.com

http://www.rorklaw.com/

1321 SW Topeka Blvd. • Topeka, KS 66612-1816
Phone 785.235.1650  Fax 785.235.2421

November 9, 2005

Administrator Karin Tandy
Drug Enforcement Administrator
Department of Justice
Washington, DC   20537

Re:  William Leonard Pickard's Petition for Initiation of
     Proceedings for Emergency Scheduling Pursuant to 21 CFR
     1308.43

Dear Administrator Tandy:

Enclosed please find William Leonard Pickard's Petition for
Emergency Scheduling of the drug PT-141.

My client wishes for me to request that you verify receipt of
this material and welcomes any comments you or your agency may
have (which are encouraged).  Your notification of a decision on
filing this Petition under 21 CFR 1308.43 or other applicable
regulations is also requested.

Five (5) copies of the Petition are enclosed as is required.
Thank you very much.

Sincerely,

WILLIAM K. RORK

WKR:df
Enclosures as stated
cc:  William L. Pickard (w/out enc. - has one)

110905 LT K. Tandy.wpd

"In all criminal prosecutions, the accused shall enjoy the right . . .
to have the Assistance of Counsel for his defence"

21 October 2005

Administrator Karin Tandy

Drug Enforcement Administration

Department of Justice

Washington, D.C. 20537

Re: Initiation of Proceedings for Emergency Scheduling
Pursuant to 21 CFR 1308.43

Dear Administrator Tandy:

The undersigned, William Leonard Pickard, hereby petitions
the Administrator to initiate proceedings for the issuance of
a rule or regulation pursuant to section 201 of the
Controlled Substances Act.

Attached hereto and constituting a part of this petition are
the following exhibits:

Exhibit A: The proposed rule in the form proposed by the
petitioner.

Exhibit B: A statement of the grounds upon which the
petitioner relies for the issuance of the rule.

Exhibit C: Supplemental material that may assist the

Administrator in acceptance of this petition for filing.

Petitioner now submits this amended petition in conformation
with 21 CFR 1308.43, and requests that the Administrator
after receipt notify the petitioner of the acceptance or non-
acceptance for filing and, if not accepted, the reason
therefore pursuant to 21 CFR 1308.43(c).

All notices to be sent regarding this petition should be
addressed to:

William K. Rork, Esq.

1321 SW Topeka

Topeka, KS 66612

Respectfully submitted,

William Leonard Pickard

POB 5500

Adelanto, CA 92301

enclosures: five (5) copies of petition including Exhibits A-
C.

cc: William K. Rork, Esq.

Exhibit A: The Proposed Rule in the Form Proposed by
Petitioner.

It is requested that 21 CFR 1308.43(a) be amended to read (in
addition to the currently included substances):

"(a) Temporary listing of substances subject to emergency
scheduling. Any material, compound, mixture or preparation
which contains any quantity of the following substances:

1.) a peptide from the group consisting of Ac-Nle-cyclo[-Asp-
His-D-Phe-Arg-Trp-Lys]-NHsub2 and its pharmaceutically
acceptable salts.

2.) a peptide from the group consisting of Ac-Nle-cyclo(-Asp-
His-D-Phe-Arg-Trp-Lys)-OH and its pharmaceutically acceptable
salts."

Exhibit B: Statement of the Grounds Upon Which the Petitioner Relies for the Issuance of the Rule.

Petitioner relies upon the following characteristics of the proposed substances:

1.) With regard to a peptide from the group consisting of Ac-Nle-cyclo[-Asp-His-D-Phe-Arg-Trp-Lys]-NHsub2 and its pharmaceutically acceptable salts:

a.) this substance is described in the scientific literature as significantly enhancing sexual desire in humans.

b.) the substance is easily manufactured from ubiquitous precursors.

c.) the dosage range for the desired effect in both genders appears to be 7 mg. or less, or approximately 140,000 doses per kilogram.

d.) the substance can be administered as a quick-acting nasal spray, with the erotogenic effect beginning in the second to third ten minute period after administration.

e.) websites describing the substance as an "aphrodisiac" are proliiferating.

f.) the patent for manufacture has become widely available on the internet.

g.) interviews with incarcerated manufacturers of controlled substances indicate that inevitably the substance will be illicitly manufactured and trafficked.

h.) the substance induces subjective responses similar to the erotogenic effects of cocaine or methamphetamine, in the absence of their other problematic behavioral effects.

i.) the substance has other properties of concern as described in Exhibit C.

2.) With regard to a peptide from the group consisting of Ac-Nle-cyclo(-Asp-His-D-Phe-Arg-Trp-Lys)-OH and its pharmaceutically acceptable salts:

a.) the substance has all the properties described above in subsections a-i concerning the related peptide.

b.) in addition, the substance is orally active and may be surreptitiously administered in beverages and foodstuffs.

c.) the substance may be administered by any means known to the art, including topical administration or aerosols.

d.) the substance is more rapidly acting than the related
peptide, with the erotogenic effect beginning in the first
and second ten minute period after administration.

e.) the substance is described in the patent as 100 times the
potency of the related peptide.

f.) the dosage for this substance approaches the microgram
range, i.e. the potency of LSD or fentanyl.

g.) depending on the method of administration, a single
kilogram of this substance contains over 1 million doses.

h.) the therapeutic index, i.e. the range of doses between
that necessary to produce the desired effect in females and
the dosage that results in deleterious non-sexual effects is
approximately a thousand times the effective dose.

Exhibit C: On 27 August 2005, a petition by affidavit for emergency scheduling was submitted to the Administrator by petitioner. This petition contained the essential elements of 21 CFR 1308.43 for initiation of proceedings and requested notification of the Administrator's decision. (Exhibit C-1)

On 9 September 2005, peitioner by and through counsel William K. Rork submitted a second copy of the petition for emergency scheduling to the Administrator and requested notification of the Administrator's decision. (Exhibit C-2)

As of this date, petitioner hereby amends the petition of 9 September 2005 to conform with 21 CFR 1308.43 and to contain a supplemental affidavit, the patents for the substances of concern, papers from selected journals and other publications, contact information for researchers, and a chronology of relevant scientific papers and events. (Exhibit C-3)

Exhibit C-1: Petition Submitted to the Administrator on 27 August 2005.

AFFIDAVIT OF WILLIAM LEONARD PICKARD AND NOTICE OF REQUEST
FOR ORDER TO EMERGENCY SCHEDULE PT-141 AS AN IMMINENT HAZARD
TO THE PUBLIC HEALTH

I, William Leonard Pickard, upon penalty of perjury, do
hereby aver and state as follows:

1.) By and through this affidavit, I am providing notice to
federal regulatory agencies that the drug PT-141 poses an
imminent threat to the public health.

2.) I request the emergency scheduling of this compound
pursuant to the Controlled Substances Act prior to completion
of Phase 2B clinical trials by its developer Palatin
Technologies, Inc. (hereinafter "Palatin Technologies").

3.) I assert that Palatin Technologies has failed to properly
investigate and report characteristics of PT-141 concerning
its potential abuse liability, permitting Palatin
Technologies to receive Government benefits and financial
considerations from this claim and non-disclosure.

4.) This affidavit and notice is a good faith attempt to
report the basis of the request for emergency scheduling to
federal agencies.

5.) I am an original source having direct and independent

knowledge of the information upon which allegations relating to PT-141 are based, and this information has not been publically disclosed.

6.) I am aware that the Attorney General may place "certain substances into Schedule I on a temporary basis without regard to the regular scheduling criteria and procedures if such emergency scheduling is 'necessary to avoid an imminent hazard to the public safety'" Grinspoon v. DEA, 828 F.2d 881 (1st Cir. 1987) citing 21 USC 811(h)(1).

7.) I am aware that 21 USC 811(h)(1) expressly states that such expedited regulation does not apply where "an exemption or approval is in effect for the substance under section 355 of this title, i.e., where the FDA has permitted the substance to be marketed in interstate commerce." (Id.)

8.) The drug PT-141 is now undergoing Phase 2B clinical trials, and has not yet been approved by FDA, therefore remaining subject to emergency scheduling.

9.) My training and background to evaluate the potential abuse liability of a new drug, likelihood of diversion from licit sources, and probable illicit manufacture and distribution, are as follows:

a.) I have been convicted of conspiracy to manufacture with

intent to distribute LSD, pending appeal, and am now serving a life sentence at USP Victorville in Adelanto, California.

b.) I am a former research associate in neurobiology at Harvard Medical School, a drug policy fellow at the Kennedy School of Government at Harvard, and former Deputy Director of the Drug Policy Analysis Program at UCLA.

c.) My research interests involved, inter alia, drug incidence in the former Soviet Union and Afghanistan, control of precursors and clandestine laboratories in these regions as well as the United States, and study of the epidemiology of certain drugs of abuse, including but not limited to fentanyl, LSD, MDMA, and ayahuasca.

d.) Since 1996, I have discussed and developed with numerous academic researchers a project to identify probable new major drugs of abuse well prior to their first clandestine manufacture, seizure by authorities, reports of medical complications from abuse, and eventual scheduling.

e.) This project, the "Future and Emerging Drugs Study", is designed to provide early warning to federal agencies of drugs that may threaten the public safety, by evaluating the potential hazards of these compounds at the time of the first reports of their properties in the academic literature, or anecdotally or through personal communication, and prior to

their possible submission to FDA for clinical trials.

f.) As such, I may be among those researchers and policy analysts uniquely situated to periodically advise decision-makers in anticipating and identifying potential novel drugs of abuse proactively, i.e. in advance of the first reports of abuse, diversion, or clandestine manufacture and distribution.

10.) I am the author of a forthcoming book on novel psychoactive drugs being developed by the pharmaceutical industry, entitled "Future Drugs - Drug Development and Policy Implications", to be published in 2006.

11.) In the course of manuscript preparation, I have continued to review the relevant literature and interviewed chemists, pharmacologists, and physicians related to the development of new stimulants and opioids, and drugs affecting cognition, learning and memory, or libido.

12.) These drugs include, in addition to PT-141, proposed new compounds designed for enhancement of learning and memory in normal humans as well as clinical populations with neurological deficits. This class of compounds includes such drugs such as MEM1003, MEM1414, and MEM3454 under development by Memory Pharmaceuticals, Inc. of Montvale, New Jersey, and CX-717 being developed by Cortex Pharmaceuticals, Inc. of

Irvine, California, under contracts from DARPA and AFOSR for improvement of performance on the battlefield.

13.) I am also familiar with recent studies by the RAND Corporation of Santa Monica, California modeling the onset and stages of drug epidemics.

14.) In 1996, I began to investigate the invention and clinical trials of the drug UK-92,480, more commonly known as sildenafil, developed for the treatment of hypertension and subsequently demonstrated to be effective and safe for this use.

15.) During trials among male medical students, sildenafil was reported to produce a side-effect of sustained erections if the user was sexually motivated. In users without sexual intent or contact, no erections were produced, i.e., sildenafil did not itself induce or enhance desire. Thus, it appeared sildenafil had no abuse potential and could be effective for treatment of erectile dysfunction (ED) among those clinically diagnosed with ED. Sildenafil became succesfully marketed by Pfizer in 1998 for as a treatment for ED under the brand name "Viagra".

16.) Cognizant of the potential for abuse, I studied the course of marketing, distribution and use of Viagra by non-clinical populations, and observed:

a.) the rapid increase in worldwide demand for the product across many cultures.

b.) the initial marketing by Pfizer, beginning with advertisements portraying mature couples and describing Viagra as a treatment for clinical erectile dysfunction, yet thereafter expanding to advertisements for erectile difficulty and targeted to younger males, characterized partly by media advertisements with the Viagra brand name displayed on racing cars and at sporting events,

c.) widespread non-medical use by diversion of the pharmaceutical from patients with prescriptions.

d.) extensive demand for Viagra by those without diagnosed ED.

e.) the proliferation of internet and mail order sales to consumers with no identity or age verification and without a physical diagnosis by a physician as required for this prescription drug.

f.) manufacture by Chinese and Indian firms outside the constraints of international patent agreements.

g.) advertising on television and in popular periodicals by

distributors to an extent unparalleled by other prescription drugs.

h.) counterfeiting of Viagra internationally, with limited controls.

i.) distribution of random unsolicited single-dose samples by mail from Pfizer distributors.

j.) employment as a recreational adjunct to cocaine, methamphetamine and MDMA use in order to maintain erections and prolong sexuality during these drug experiences.

17.) Although the circumventing of regulatory controls was extensive and remains so, Viagra itself had a high index of safety and posed little threat to the public health, even if implicitly promoted as a recreational adjunct, so that its benefits to an increasingly non-patient population were tolerated to an extent unknown among other prescription pharmaceuticals.

18.) Noting the extraordinary success of Pfizer, other firms began to focus on ED, and produced the competing drugs Levitra and Cialis. These drugs were chemically similar to Viagra, producing erections in males with sexual intent, but with no inherent subjective psychological effect on libido in the absence of physical stimulation or intent, and with

little or no effect in women. The epidemiology of these drugs paralleled that of Viagra.

19.) As approved and safe drugs with medical application, the unusual character of their licit and illicit distribution appeared to cause only modest regulatory concern.

20.) However, the phenomenon of the social response to Viagra, Levitra and Cialis was instructive, suggesting that similar unregulated employment of other new drugs affecting sexuality in non-clinical populations could be expected, and providing a useful model for identifying the early stages of a drug epidemic while predicting modes of proliferation of these substances.

21.) Toward this end, at the inception of the Future and Emerging Drugs Study in 1996, I also investigated anecdotal reports that a novel drug derived from alpha-melanocyte stimulating hormone (alpha-MSH) and being studied by dermatologists as a sunless tanning agent significantly increased copulatory behavior in experimental animals.

22.) Concerned with the potential for abuse of compounds that directly enhance libido rather than improve erectile function, I noted these observations in my database of researchers in 1996, with the database later introduced as Government exhibit 196 in federal court proceedings in

Topeka, Kansas in 2003.

23.) Following the literature and obtaining further anecdotal reports concerning the sunless tanning agent, a compound known as Melanotan II, I became aware that this substance applied topically successfully darkened the skin in humans but also produced a side-effect of erections in males and reportedly increased libido in both genders.

24.) Although the compound Melanotan II had similar effects as Viagra on erectile function, it also stimulated sexual desire, whereas Viagra had no effect on libido and did not produce erections in the absence of sexual contact or intent.

25.) During this period, even though aware of the use of Viagra by non-clinical populations, pharmaceutical firms recognized the broad cultural acceptance of Viagra and responded by focusing on additional products for the treatment of sexual dysfunction. These efforts included attempts to develop pharmacological interventions for female sexual dysfunction (FSD), or anorgasmia.

26.) Firms were aware of the market potential for such drugs due to studies indicating that as much as 30% of women achieve orgasm with a partner either never or rarely and with difficulty, and 20% are unable to achieve orgasm even during clitoral and vaginal self-stimulation.

27.) Among these firms was Palatin Technologies of New Jersey, which began to develop a drug related to Melanotan II, but with the company selectively seeking to retain the effect on libido while eliminating the property of darkening skin.

28.) Palatin Technologies successfully developed such a drug, known as PT-141, that mimicked the heightened sexual effects of Melanotan II yet could be administered as a fast-acting nasal spray.

29.) PT-141 may be described as a melanocortin agonist that activates the melanocortin receptors MC-3R and MC-4R in the central nervous system.

30.) Palatin Technologies applied for FDA approval of PT-141 and has recently completed Phase 2A trials among 18 premenopausal women with FSD in an at-home setting. The firm has previously conducted four Phase 2 efficacy studies involving over 300 men. Rapid erections in men and enhanced libido in both genders are reported.

31.) PT-141 is now entering Phase 2B trials among a cohort of female patients with FSD.

32.) I have carefully reviewed the academic literature

concerning alpha-MSH, Melanotan II and PT-141 from the first
reports of tissue and animal studies through the current
date.

33.) I have independently acquired information and reports
from non-public sources, including researchers and
individuals related to the Melanotan II study and the Phase I
and 2 trials of PT-141.

34.) I have acquired information presented by Palatin
Technologies to the FDA concerning the effects of PT-141 upon
animals and subjective effects upon human volunteers.

35.) Upon information and belief, I assert that:

a.) Palatin Technologies has minimized the reports of the
libido-enhancing properties of PT-141, and otherwise failed
to assess, report or investigate adequately the parameters of
efficacy and safety of PT-141 in animal and human trials.

b.) Palatin Techologies has failed to report adequately the
abuse potential of PT-141 to the FDA.

c.) Palatin Technologies has failed to report accurately the
results of its Phase 1 and 2 studies of PT-141 to the FDA and
the effects of PT-141 on volunteer human subjects.

36.) With the potential for abuse inaccurately assessed in Palatin Technologies' report to the FDA, it is recommended that:

a.) Federal regulatory agencies be made aware that PT-141 is the first rationally-designed drug specifically developed to stimulate selectively and significantly a primary emotion in humans.

b.) the agencies be made aware than PT-141 strongly stimulates sexual desire in humans.

c.) due to the unknown social consequences of distribution of such a drug, the DEA Administrator immediately emergency schedule PT-141 as a Schedule I controlled substance posing an imminent threat to the public health, and currently having no medical use, pending public hearings.

d.) the emergency scheduling of PT-141 be done prior to completion of the Phase 2B at-home trials in females.

e.) the emergency scheduling provide an opportunity for administrative hearings on the true abuse liability of PT-141.

f.) the hearings include thorough appraisal of the probability of illicit manufacture and distribution, as well

as the medical consequences of acute and chronic use of PT-141.

g.) the emergency scheduling subsequently be rescinded if convincing evidence can be presented that the potential abuse liability is inadequate to classify PT-141 as a Schedule I substance, with rescheduling thereafter to a lower classification.

h.) the Attorney General request an evaluation by the Secretary of Health and Human Services under 811(b) to make findings on certain required factors for scheduling, specifically: 1.) the actual or relative potential for abuse of PT-141, 2.) the scientific evidence of pharmacological effects, 3.) the state of current scientific knowledge regarding the drug, 4.) what risk to the public health is posed by PT-141, and 5.) it's psychic or physiological dependence liability.

i.) the DEA Administrator consider PT-141 as a behavioral if not a structural analogue of existing controlled substances due to the similarity of its subjective effects to cocaine and methamphetamine in stimulating sexuality, albeit without the problematic peripheral effects of those substances.

j.) the Commissioner of the FDA immediately temporarily halt Phase 2B trials until the abuse liability of PT-141 has been

more thoroughly examined by the FDA Office of Drug Safety, including direct interviews with the Phase 2A female subjects, random subjects from the Phase 2 studies in males, and particularly, control subjects without sexual dysfunction in order to define more clearly the abuse potential in normal humans outside the clinical population.

k.) the emergency scheduling hearings include testimony that the development and worldwide distribution of a drug significantly affecting a fundamental human emotion - while controlled under patent by a single small pharmaceutical firm in New Jersey - create moral and ethical implications not adequately addressed by the regulatory statutes now in effect for pharmaceuticals, or the intent of Congress and legislative history establishing such regulations.

l.) exclusive of abuse liability, the development of PT-141 be shown as creating ethical and moral concerns similar in breadth to the debate over stem-cell research, and that special Executive and Legislative regulatory mechanisms may be required in this instance.

37.) In support of emergency scheduling, it may be noted that the social impact of licit or illicit worldwide availability of an efficacious sexual stimulant may result in heretofore unseen abuse syndromes, including:

a.) profound and unanticipated social consequences from uncontrolled non-medical use.

b.) substantially heightened promiscuity across age groups and genders.

c.) surreptitious administration to unwitting individuals, resulting in drug-induced consensual sexuality among individuals that would not consent in the absence of the drug.

d.) a significantly increased incidence of "date-rape".

e.) an increase in the incidence of prostitution.

f.) a significant increase in sexual crimes, including rape, gang-rape, and child abuse.

g.) uncontrolled use among minors.

h.) uncontrolled use among abusers of crack cocaine, cocaine, or methamphetamine.

i.) abuse among populations that would not normally employ any illegal drug.

j.) unknown overdose scenarios requring medical intervention.

k.) unknown medical complications from prolonged use.

l.) an increase in sexual aberrations that are rarely seen by clinicians.

m.) increased incidence of AIDS and other sexually transmitted diseases.

n.) an increase in the numbers of unwanted births, and among lower age cohorts.

o.) the rise of criminal organizations specializing in distribution or manufacture of this substance.

38.) Furthermore, in support of this notice for an order for emergency scheduling, I assert that other aspects of Palatin Technologies' development of PT-141 are of serious concern, and point to the early stages of a probable drug epidemic:

a.) Already advertising the drug partially based on a Phase 2A at home study of 18 women, Palatin Technologies is promoting PT-141 on its web site (see www.palatin.com) primarily as a treatment for erectile dysfunction and a competitor for Viagra, while only secondarily mentioning its applicability to female sexual dysfunction and minimizing the abuse potential before FDA. At the same time, the web site

www.pt141.com links to several other sites proselytizing and sensationalizing PT-141 as an "aphrodisiac", and "bigger than Viagra."

b.) Anticipating FDA approval, Palatin Technologies has formed alliances with King Pharmaceuticals, Inc. for international distribution of PT-141, and expects to receive milestone payments of $250,000,000.00 as trials progress.

c.) Palatin Technologies' patent for PT-141 has become widely available on the internet with the structure and synthesis easily accessible to illicit manufacturers and criminal organizations.

d.) Palatin Technologies' U.S. patent #6,579,968 characterizes PT-141 as a cyclic hepta-peptide lactam analog of alpha-MSH.

e.) PT-141 has the amino acid sequence Ac-Nle-cyclo[Asp-His-D-Phe-Arg-Trp-Lys]-OH and is a metabolite of alpha-MSH that lacks the C-terminal amide function.

f.) Examination of the patent reveals that this short-chain cyclic polypeptide can be synthesized in large quantities using methods accessible to untrained individuals.

g.) PT-141 can be manufactured from inexpensive and

uncontrolled precursors available worldwide.

h.) The ease of synthesis and ubiquity of precursors of PT-141, essentially amino acids, will encourage clandestine manufacture and distribution of PT-141 with or without FDA approval, even if PT-141 is immediately emergency scheduled.

i.) In the course of my research, I have interviewed numerous figures associated with methamphetamine and cocaine manufacturing and trafficking organizations. PT-141 is known to an increasing number of these individuals, and their responses indicate that PT-141 will inevitably be clandestinely manufactured and trafficked.

39.) In view of the patent availability on the internet, the media attention resultant from Phase I and Phase 2 trials, and the difficulty of controlling the pre-epidemic acquisition of precursors and laboratories for the production of PT-141, it may be too late to prevent social consequences from the abuse of PT-141. However, the imposition of emergency scheduling and other regulatory sanctions at this point may significantly delay or inhibit any potential epidemic so that social damage is minimized.

40.) While recognizing that PT-141 may prove to be a safe and effective agent for the treatment of female sexual dysfunction or anorgasmia when used under medical supervision

by those patients that are accurately diagnosed, I assert
that the threat potential for society as a whole from abuse
of this substance considerably outweighs the benefits for the
clinical population, and that society would be better served
by developing drugs with less abuse potential for treatment
of these maladies or, in the alternative, by encouraging non-
drug interventions where effective.

41.) However, as of this date a search of the literature
reveals no indication of federal agencies' concern with the
abuse liability or social implications posed by PT-141, in
that there has been no federal hearing, forum, or mention by
any federal agency on the potential harmfulness of PT-141 to
the public health.

42.) For all of the foregoing reasons, I further assert that
PT-141 presents a threat to the public health, and that
Palatin Technologies has underrepresented this hazard to the
FDA.

43.) I therefore report and serve notice of the imminent
danger to the public health posed by PT-141, by the service
of this affidavit to federal regulatory agencies including
but not limited to the Commissioner of the FDA, the DEA
Administrator, the Secretary of Health and Human Services,
the Attorney General, and the President's Commission on
Bioethics.

FURTHER AFFIANT SAYETH NAUGHT

Sworn and scribed this _27_ day of _August_, 2005 in Adelanto, California.

(signed)

*William Leonard Pickard*

WILLIAM LEONARD PICKARD

Affiant

POB 5500

Adelanto, CA 92301

Exhibit C-2: Cover Letter of William K. Rork, Esq. for Petition Submitted on 9 September 2005.



**WILLIAM K. RORK**

# RORK
### LAW OFFICE

e-mail
rork@rorklaw.com

http://www.rorklaw.com

1321 SW Topeka Blvd. • Topeka, KS 66612-1816
Phone 785.235.1650  Fax 785.235.2421

September 9, 2005

Hon. Karen Tandy, Administrator
U.S. Drug Enforcement Administration
2101 Jefferson Davis Highway
Alexandria, VA    22301

Re:  Emergency Scheduling of PT-141

Dear Administrator Tandy:

I am enclosing an affidavit from my client, William Leonard
Pickard, reference his suggestions that the PT-141 drug be
emergency scheduled.  I believe his assertions regarding the
erotogenic effects of PT-141 appearing to be under-reported, and,
due to it's facile synthesis and ubiquity of precursors, also
being a potential hazard to the public health, deserves serious
consideration.

With Mr. Pickard's background and training, as can easily be
referenced within the enclosed, I believe Mr. Pickard is uniquely
situated to evaluation aspects of the abuse potential of this
compound.

You should find the affidavit self-explanatory.  I believe it is
of substantial benefit and interest to the general public.  If
there are any questions or further information you would require,
please let me know.

Please verify receipt of this material and any comments you or
your agency may have are encouraged.

Sincerely,

WILLIAM K. RORK

WKR:df
Enclosure as stated
cc:  Mr. William Leonard Pickard (w/enc.)

LT K. Tandy.wpd

*"In all criminal prosecutions, the accused shall enjoy the right . . .*
*to have the Assistance of Counsel for his defence"*

Exhibit C-3: Supplemental Affidavit in Support of Request for Filing of Petition by DEA Administrator Pending a Decision on Initiation of Proceedings.

SUPPLEMENTAL AFFIDAVIT IN SUPPORT OF REQUEST FOR FILING OF
PETITION BY DEA ADMINISTRATOR PENDING A DECISION ON
INITIATION OF PROCEEDINGS

I, William Leonard Pickard, upon penalty of perjury, do
hereby aver and state as follows:

44.) Paragraphs 1-43 of the initial "AFFIDAVIT OF WILLIAM
LEONARD PICKARD AND NOTICE OF REQUEST FOR ORDER TO EMERGENCY
SCHEDULE PT-141 AS AN IMMINENT HAZARD TO THE PUBLIC HEALTH"
are incorporated as if fully restated herein.

45.) In the 5 July 2005 electronic edition of the scientific
journal "Peptides", a researcher described his discovery of
the erotogenic effects of Melanotan II (hereinafter "MTII").
In the paper, entitled "Discovery that a melanocortin
regulates sexual functions in male and female humans"
(appended as Exhibit C-3-A), it was stated that:

a.) "MTII was licensed to Palatin Technologies [and] referred
to by Palatin as PT-141." However, as noted below, PT-141 is
described in other scientific literature as a superpotent
homologue of MTII.

b.) "MTII, like other peptides, cannot as yet be successfully
delivered by the alimentary (oral) route."

c.) [in males] "Patient verbal responses appear to indicate a clear preference for MTII over Viagra. This may relate to actions of the drug on the brain to cause an enjoyable arousal response which slightly precedes the subsequent erectile response. This observation is similar to that for hypothalamic neurohormones [] which are known to elicit [] courtship activity."

46.) The researcher discusses his immediate concerns, upon first noting the effect of the substance, with the market potential for such a drug.

47.) The paper describes the narrow range of dosage of MTII before adverse effects appear, among them yawning and stretching, and nausea.

48.) However, by contrast to the 2005 paper, in U.S. patent #6,051,555 issued to the same researcher on 18 April 2000 and entitled "Stimulating Sexual Response in Females" (Exhibit C-3-B), the effects of MTII and its derivatives across a wide range of mammals were described thusly:

a.) "a series of compounds active in bringing about an enhancment of libido (either by overcoming psychogenic sexual dysfunction in males or by inducing sexual receptivity in females) ... which may be administered ... by ocular, oral, or other routes of administration."

b.) [have been administered to female rats] "resulting in lordosis (sexual posture)" [and to female rabbits, inducing] "a tail-wagging response which is believed to be a behavioral response related to sexual excitement" [and the substance] "may be a means of stimulating the sexual response in females, including treatment (therapy) of the inhibited sexual desire syndrome."

c.) "may be administered ... to increase the libido of female animals belonging to rare species in captivity ... to make them more receptive to coitus, in addition to providing male animals with an increased libido."

d.) "may be administered to stallions which, for psychological and/or physical reasons wil not mount a (mock) female phantom used in the collection of sperm."

e.) "may be administered to [a] bull as a means of providing an erectile respose, and the sperm collected in an artificial vagina in the normal manner."

e.) [may be administered by] "oral means such as pills, capsules and the like, and by topical ... creams applied, for example, directly to the penis for transdermal administration."

49.) Similarly, Carl Spana PhD, the current CEO of Palatin Technologies, Inc. was quoted in the 29 September 2002 issue of the Observer (Exhibit C-3-C) in reference to PT-141:

a.) [the drug aroused female rodents] "so quickly they started mounting males."

b.) "You can't put it in a drink and [its administration] is hard to do surreptitiously ..."

c.) "On the other hand, related compounds could easily be made into a pill one day ..."

50.) However, it is asserted that at the time of the 2002 Observer interview, Spana was aware that on June 28, 2000, employees of Palatin Technologies, Inc. applied for a patent, issued on June 7, 2003 to Christine Blood et al. entitled, "Composition and Methods for Treatment of Sexual Dysfunction", in which a superpotent orally active form of MTII was described and refered to as "Compound I". (Exhibit C-3-D)

51.) It is also asserted that at the time of the 2005 article in the journal "Peptides", the author was aware that an orally active and superpotent form of MTII had been developed and patented by Palatin Technologies, Inc.

52.) This patent reveals that the superpotent, orally active form of MTII can be synthesized by a variety of common methods. In the patent, "Compound I" is described thusly:

a.) Compound I, a simple derivative of MTII, is "[A] pharmaceutical for stimulating sexual response in a mammal, comprising a peptide and a pharmaceutically acceptable carrier, said peptide selected from the group consisting of Ac-Nle-cyclo(-Asp-His-D-Phe-Arg-Trp-Lys)-OH and [its] pharmaceutically acceptable salts []."

b.) This peptide, terminating with a hydroxy (-OH) group, is referred to as PT-141 in other scientific literature. MTII has a (-NHsub2) group at the same position.

c.) An object of the invention is "to provide a peptide-based melanocortin receptor-specific pharmaceutical for use in treatment of female sexual dysfunction."

d.) The invention is "efficacious at doses that do not cause deleterious side effects including nausea, yawning, stretching, decreased appetite and other effects observed with [MTII]."

e.) The invention "is efficacious at significantly lower doses than [MTII]."

f.) The invention is "pharmaceutically active more rapidly than [MTII]."

g.) PT-141 is a "white powder that is a clear, colorless solution in water."

h.) "Any of a number of well-known procedures utilzing a variety of resins and reagents may be used to prepare [MTII and PT-141]"

i:) Importantly, "The dosage for treatment of female sexual dysfunction is administration, by any of the foregoing means or any other means known to the art, of an amount sufficient to bring about the desired response."

j.) PT-141 is "approximately 100-fold more potent than [MTII]."

k.) "The potency of PT-141 is significantly higher than that of [MTII], meaning that significantly less [PT-141] is required for the desired effect []. For example, 2 micrograms per kilogram of body weight of [PT-141] resulted in [the desired response], while 100 micrograms per kilogram of body weight of [MTII] was required for an equivalent [] response."

l.) "The significantly higher potency results in less product being required. It permits utilization of alternative

delivery routes []."

m.) "[] No adverse side effects were observed on administration of intravenous doses of PT-141 as high as 3000 micrograms/kilogram body weight", i.e. more than a thousand times the effective dosage for the desired response in females.

n.) If nasal administration is prefered rather than oral administration "in human females", PT-141 may be administered with a "100 microliter spray volume, and is administered into a single nostril".

o.) PT-141 "may be administered by any means known in the art, including administration by injection, administration through mucous membranes, buccal administration, oral administration, dermal administration, inhalation administration and nasal administration."

p.) "The peptides of this invention may be formulated [as] tablets, capsules, suspensions, powders, [], suppositories, ocular drops, skin patches, oral soluble formulations, sprays, aerosols, [] and other agents known to the art. [] In general, any route of administration by which the peptides of this invention are introduced across an epidermal layer of cells may be employed."

q.) "For topical administration formulations, any of a variety of creams, ointments, gels, lotions and the like may be employed."

53.) The probability of illicit manufacture and trafficking of MTII and PT-141 may be anticipated in part due the following characteristics:

a.) The patents for manufacture of MTII and PT-141 are freely available through websites such as www.wikipedia.com, www.pharmcast.com, www.library.gatech.edu, www.pat2pdf.org, and the US Patent Office website.

b.) Websites discussing their erotogenic effects are proliferating (see, e.g. Exhibit C-3-E and www.wikipedia.com, www.melanotan.org, www.pt141.com, and their links.)

c.) MTII and PT-141 may be easily synthesized from widely available precursors by bench methods or by automated, table top processers.

d.) MTII and PT-141 are also amenable to simplified methods of synthesis, allowing manufacture by unskilled individuals.

e.) A single kilogram of MTII will yield approximately 140,000 dosage units.

f.) A single kilogram of PT-141 will yield more than 1,000,000 doses of this erotogenic agent, depending on the method of administration.

g.) As noted in the prior affidavit, criminal organizations are increasingly aware of the ubiquity of precursors, facile synthesis, potency and behavioral properties of MTII and PT-141.

h.) The low dosage of MTII and PT-141 greatly facilitates worldwide smuggling.

i.) PT-141 is now being manufactured by Chinese sources off-patent and is being sold on the internet (see, e.g. Exhibit C-3-G)

54.) Other special properties of these substances are of particular concern, viz.:

a.) They may be surreptitously administered orally in water, alcohol, oils and foodstuffs, topically in a variety of emolients, or as an aerosol.

b.) In that more than a thousand-fold increase in dosage is required before non-sexual deleterious effects are observed, PT-141 may be employed in doses considerably beyond that necessary for the "desired response".

c.) Palatin Technologies, Inc. has not defined or quantified the nature of the "desired response" in females.

d.) Drug-discrimination and self-stimulation trials in isolated animals do not assess, in the case of a agonist selectively inducing copulatory behavior, the abuse liability of a drug that may be self-administered in the presence of one or more animals of another gender or the same gender.

e.) Similarly, animal trials lack an experimental paradigm whereby one animal may cause the administration of the drug to another, either independently or in conjuction with self-administration.

f.) In a April, 2005 comment in the Journal of Urology decribing a 2004 paper in the Proceedings of the National Academy of Sciences, researchers associated with Palatin Technologies stated that PT-141 "selectively stimulates solicitational behavior [in females]" and has a "selective pharmacological effect on appetitive sexual behavior" and "may be the first identified pharmacological agent" that influences "female sexual desire". (Exhibit C-3-F)

55.) There is a strong probability of proliferation of surreptitious administration, use by non-medical populations, and novel dependency and abuse syndromes induced by chronic

and acute use of these substances.

56.) Because of the high potential for abuse liability, illicit manufacture, problematic use by non-medical patients, and other social and behavioral aspects of the abuse of these compounds that are not addressed by clinical trials, as discussed in the prior affidavit, petitioner asserts that PT-141 and MTII clearly present an exceptional hazard to the public health.

57.) Petitioner therefore requests that this petition be immediately filed by the DEA Administrator pending a decision on initiation of proceedings for temporary scheduling of the proposed compounds.

FURTHER AFFIANT SAYETH NAUGHT

(signed)

*William Leonard Pickard*

William Leonard Pickard

Affiant

Date: _21 October 2005_

Exhibit C-3-A: Hadley, ME, "Discovery That a Melanocortin

Regulates Sexual Functions in Male and Female Humans

(Peptides, 5 July 2005, online edition).

ELSEVIER SCIENCE@DIRECT    **Register** or Login: user name    Password: [ ] Go    Athens/Institution Login

Home  Search  Journals  Books  Abstract Databases  My Profile  Alerts    ? Help

Quick Search: [ ]    within All Full-text Sources Go    ? Search Tips

**Peptides**
**Article in Press**, Corrected Proof - Note to users

doi:10.1016/j.peptides.2005.01.023    Cite or Link Using DOI
Copyright © 2005 Elsevier Inc. All rights reserved.

This Document
· SummaryPlus
· Full Text + Links
  ·Full Size Images
· PDF (60 K)

Actions
· Cited By
· Save as Citation Alert
· E-mail Article
· Export Citation

Review

# Discovery that a melanocortin regulates sexual functions in male and female humans

Mac E. Hadley✉, ✉

Department of Cell Biology & Anatomy, University of Arizona, College of Medicine, Tucson, AZ 85724-5044, USA

Received 15 December 2004;  revised 21 December 2004;  accepted 11 January 2005.
Available online 5 July 2005.

## Abstract

Melanocortins (MCs) are multifunctional peptide hormones that regulate a diversity of physiological functions. MCs have been implicated in sexual function in animals. We document here that a MC analog, Melanotan II (MTII), can enhance sexual function in human males (erectile activity) and females (increased levels of sexual desire and genital arousal). Unlike other sexual-enhancement drugs, MTII works at the level of the brain, thus eliciting a rather natural sexual response with minimal or no undesirable side effects. The actions of the peptide were discovered accidentally while studying the effects of the peptide and related analogs on human skin pigmentation (tanning).

06 1043
FILED

JUN - 5 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**Keywords:** Melanocortins; MTI and MTII; MSH

# Article Outline

References

Melanocyte stimulating hormone (MSH); the name defines its major role as was established early in the twentieth century (about 1910–1920) [5]. The function of MSH was clearly established in animals such as frogs and lizards and other cold-blooded animals, but only recently was the hormone also shown to control skin coloration/pigmentation in humans [6]. In fact, we now realize that MSH and related melanocortins (MCs) regulate a diversity of functions as mediated through a multitude of MC receptors (MCRs). Most interesting was the relatively recent discovery that a MC regulates sexual function in humans [8], [11], [12] and [13].

There was for several decades a knowledge that a MC probably regulated some aspect of sexual function in animals [3] and [10], but not humans. There never was any evidence that MSH or ACTH (corticotropin) played a role in reproductive physiology when administered systemically in animals. But when delivered directly into the third ventricle of the brain of animals, sexual behaviors were elicited suggesting that a MC might act within the central nervous system (CNS) to control sexual function [3]. A role for a MC in human reproductive function provides an interesting story which emphasizes the old adage that "Chance favors the prepared mind," or put another way, "Keep your eyes open in the laboratory for the unexpected." In the present context, discovery was such an uplifting event that it could not have gone very easily without notice.

Around 1984, in collaboration with Victor Hruby (University of Arizona Chemistry Department) and his students (e.g., Tomi K. Sawyer), we synthesized and biologically characterized some superpotent melanotropic peptides [9]. One of these [$Nle^4$, $DPhe^7$]-substituted MCs, referred to as Melanotan I (MTI), was licensed for commercialization as a tanning agent (Fig. 1). This MC is well on its way toward development for use as a potential "therapeutic tan," a "tan from inside-out," with minimal need for prolonged sun exposure [4].

 (4K)

Fig. 1. Comparative primary sequences of α-MSH and two superpotent analogs, MTI and MTII.

During the development of MTI, I served as a proverbial "human pincushion" (a.k.a., guinea pig), that is, I tested the efficacy of the peptide to produce a tan on myself. Therein lies a very interesting story. Our group of University investigators (Hadley, Hruby and his student Fahad Al-Obeidi) prepared and characterized some fragment [$Nle^4$, $DPhe^7$]-substituted MC analogs that proved to be as potent as MTI, even though structurally only half the size (seven amino acids) of the parent analog [1] and [2]. In addition, the melanotropin, MTII, Ac-Nle-c[Asp, HisDPhe, Arg, Trp, Lys]-NH$_2$, was conformationally restrained by a lactam bridge to provide a cyclic structure of increased lipophilicity (Fig. 1). The smaller molecule is just as active as the larger MTI; it is cheaper to synthesize and might gain access more readily into the body. Based upon these and other considerations, a sterile preparation was provided for injection to determine its tanning potential.

One mistake in my deliberations was made, however. MTI had previously been administered at a dose as high as 10 mg without physiological

consequences (other than tanning). I forgot, however, that MTII was only about half the molecular weight of MTI (Fig. 1). Therefore, when I took an equivalent (10 mg) dose of MTII, I inadvertently received about twice the number of molecules of the peptide. Unlike MTI, however, MTII caused a rather immediate, unexpected response: nausea and, to my great surprise, an erection (no figure provided). While I lay in bed with an emesis pan close by, I had an unrelenting erection (about 8 h duration) which could not be subdued even with a cold pack. When my wife came upon the scene, she proclaimed that I "must be crazy." In response, I raised my arm feebly into the air and answered, "I think we may become rich."

Realizing the importance of the observation, I was determined to find out what a lower dose of MTII might do. So several days later, I used half (5 mg) of the previous dose. This again elicited an immediate erection which, however, only lasted about 5 h with somewhat less nausea. Again, at a later date, I cut the dose in half (2.5 mg), and this resulted in an erection of only 2–3 h duration, with only minimal nausea. I now knew I was on the right track. So when I administered about half the previous dose (1.25 mg) there was no nausea and only a feeble wobble, a response which, however, could be rather easily coaxed to a full erectile response following a few erotic reflections. Further experimentation demonstrated that a dose of about 1.5–2.0 mg of MTII invariably induced a full erection without much conscious effort in myself and other volunteers. MTII was licensed to Palatin Technologies (Elizabeth, NJ; Palatin@aol.com). To my knowledge, MTII (referred to by Palatin as PT-141, and by myself as erectide) has never failed to induce an erection in men with claimed impotence but known to be able to achieve an erection as proven by monitoring nocturnal penile tumescence (by a meter, a "peter meter"?). MTII, like other peptides, cannot as yet successfully be delivered by the alimentary (oral) route. MTII, however, is presently being effectively delivered as a nasal spray

("sniff a stiff").

As noted in another manuscript in this journal collection (Hadley and Dorr), MTII may prove equally effective in women wherein it might be useful in the treatment of female sexual dysfunction (FSD). In both men and women, MTII apparently works at the level of the CNS. This conclusion rests upon the earlier observations of Italian investigators who showed that injections of MCs into the third ventricle of the brains of rats caused stretching and yawning ("SYS syndrome") in addition to increased sexual behaviors [3]. When I first discovered the dramatic erectile response to an overdose of MTII, I also noted (as I lay in bed) that I was constantly vigorously stretching and yawning (acting like a rat). We can conclude, therefore, that MTII, unlike MTI, is able to cross the blood–brain barrier to mediate its actions in the brain as a neurohormone.

Unlike Viagra® which can cause a dangerous lowering of blood pressure, MTII appears to have no undesirable side effects at the therapeutic dose used. Patient verbal responses appear to indicate a clear preference for MTII over Viagra®. This may relate to actions of the drug on the brain to cause an enjoyable arousal response which slightly precedes the subsequent erectile response. This observation is similar to that for hypothalamic neurohormones (e.g., follitropin and lutropin) which are known to elicit behavioral responses (e.g., courtship activity) that act in conjunction with peripheral actions on the gonads (e.g., steroid production) to ensure successful sexual function.

The rather immediate action of MTII allows the participant to be sure that he/she is ready for an amorous encounter. No guess work; you do not have to first engage in a sexual endeavor and "hope for the best." This may be why up to about 50% of the men taking Viagra® are unsatisfied with the drug and are seeking an alternate therapeutic remedy. Viagra® also is not effective in every individual. MTII

appears to be failsafe--it appears to be 100% effective. Undoubtedly, there must be some men with so severe a problem that they will not be able to benefit from MTII use.

The above story, although initially based upon less scientific methodology than is usually undertaken in the conventional university research laboratory, has been further documented by hundreds of other individuals. The importance of the initial discovery (an erectile response) was immediately recognized for its significance as was also the earlier discovery of the unique action of MTI. As reported elsewhere [7], injections of MTI into a golden retriever resulted in the growth of black hair in a previously all-yellow dog. The potential use of MTI as a possible tanning agent was obvious. Both these observations with MTI and MTII prove the old adage that, indeed, "Chance favors the prepared mind."

# References

[1] F. Al-Obeidi, A.M. Castrucci, M.E. Hadley and V.J. Hruby, Potent and prolonged acting cyclic lactam analogues of α-melanotropin: design based on molecular dynamics, *J Med Chem* **32** (1989), pp. 2555–2561. Abstract-EMBASE | Abstract-MEDLINE  | $Order Document | **Full Text via CrossRef**

[2] F. Al-Obeidi, M.E. Hadley, B.M. Pettitt and V.J. Hruby, Design of a new class of superpotent cyclic α-melanotropins based on quenched dynamic stimulations, *J Am Chem Soc* **111** (1989), pp. 3413–3416. Abstract-EMBASE | $Order Document | **Full Text via CrossRef**

[3] A. Argiolis, M.R. Meles and G.L. Gessa, Yawning and penile erection: central dopamine–oxytocin–adrenocorticotropin connection, *Ann N Y Acad Sci* **525** (1988), pp. 330–337.

[4] R.T. Dorr, G. Ertl, N. Levine, C. Brooks, J.L. Bangert and M. Broome Powell *et al.*, Effects of a superpotent melanotropic peptide in combination with solar UV radiation on tanning of the skin in human volunteers, *Arch Dermatol* **140** (2004), pp. 827–835. Abstract-EMBASE | Abstract-Elsevier BIOBASE | Abstract-MEDLINE | $Order Document | **Full Text** via CrossRef

[5] M.E. Hadley, The melanotropic hormones. In: D. Brake, Editor, *Endocrinology* (4th ed.), Simon & Schuster, New York, NY (1982), pp. 153–176.

[6] H. Krude, H. Biebermann and A. Grüters, Mutations in the human proopiomelanocortin gene, *Ann N Y Acad Sci* (2003), pp. 233–239. Abstract-EMBASE | Abstract-MEDLINE | $Order Document

[7] P.D. Johnson, B.V. Dawson, R.T. Dorr, M.E. Hadley, N. Levine and V.J. Hruby, Coat color darkening in a canine in response to a potent melanotropic peptide, *Am J Vet Res* **55** (1994), pp. 1593–1596. Abstract-MEDLINE | $Order Document

[8] P.B. Molinoff, A.M. Shadiack, D. Earle, L.E. Diamond and C.Y. Quon, PT-141: a melanocortin agonist for the treatment of sexual dysfunction, *Ann N Y Acad Sci* **994** (2003), pp. 96–102. Abstract-EMBASE | Abstract-MEDLINE | $Order Document

[9] T.K. Sawyer, P.J. Sanfillippo, V.J. Hruby, M.H. Engel, C.B. Heward and J.B. Burnett *et al.*, [Nle4, DPhe7]α-melanocyte-stimulating hormone: a highly potent α-melanotropin with ultra long biological activity, *Proc Natl Acad Sci USA* **77** (1980), pp. 4754–4758.

[10] A.J. Thody, C.A. Wilson and D. Everard, Facilitation and inhibition of sexual receptivity in the female rat by α-MSH, *Physiol Behav* **22** (1979), pp. 147–150.

[11] H. Wessells, K. Fuciarelli, J. Hansen, M.E. Hadley, V. Hruby and R.T. Dorr *et al.*, Synthetic melanotropic peptide initiates erections in men with psychogenic erectile dysfunction: double-blind crossover placebo-controlled study, *J Urol* **160** (1998), pp. 389–393. Abstract-EMBASE | Abstract-Elsevier BIOBASE | Abstract-MEDLINE | $Order Document | **Full Text** via CrossRef

[12] H. Wessells, N. Levine, M.E. Hadley, R.T. Dorr and V.J. Hruby, Melanocortin receptor agonists, penile erection, and sexual motivation: human studies with Melanotan II, *Int J Impotence Res* **12** (2000) (4), pp. 574–579.

[13] H. Wessells, D. Gralnek, R.T. Dorr, V.J. Hruby, M.E. Hadley and N. Levine, Effect of an alpha-melanocyte stimulating hormone analog on penile erection and sexual desire in men with organic erectile dysfunction, *Urology* **56** (2000), pp. 641–646. SummaryPlus | **Full Text + Links** | PDF (157 K)

Tel.: +1 520 624 3094.

**Note to users:** The section "Articles in Press" contains peer reviewed and accepted articles to be published in this journal. When the final article is assigned to an issue of the journal, the "Article in Press" version will be removed from this section and will appear in the associated journal issue. Please be aware that "Articles in Press" do not have all bibliographic details available yet.

There are two types of "Articles in Press":

- **Uncorrected proofs:** these are articles that are not yet finalized and that will be corrected by the authors. Therefore the text could change before final publication. Uncorrected proofs may be temporarily unavailable for production reasons.
- **Corrected proofs:** these are articles containing the authors' corrections. The content of the article will usually remain unchanged, and possible further corrections are fairly minor. Typically the only difference with the finally published article is that specific issue and page numbers have not yet been assigned.

**Peptides**
Article in Press, Corrected Proof

**This Document**
· SummaryPlus
· Full Text + Links
   · Full Size Images
· PDF (60 K)

Exhibit C-3-B: United States Patent #6,051,555 to ME Hadley

Entitled, Stimulating Sexual Response in Females" (18 April 2000)

# United States Patent [19]

### Hadley

[11] Patent Number: 6,051,555

[45] Date of Patent: Apr. 18, 2000

[54] STIMULATING SEXUAL RESPONSE IN FEMALES

[76] Inventor: Mac E. Hadley, 1921 Calle Campana de Plata, Tucson, Ariz. 85745

[21] Appl. No.: 09/179,225

[22] Filed: Oct. 27, 1998

### Related U.S. Application Data

[63] Continuation of application No. 08/699,571, Aug. 19, 1996, abandoned, which is a continuation of application No. 08/264,921, Jun. 24, 1994, Pat. No. 5,576,290, which is a continuation of application No. 08/043,159, Apr. 5, 1993, abandoned.

[51] Int. Cl.[7] ........................... A61K 38/08; A61K 38/12
[52] U.S. Cl. ........................................... 514/11; 514/16
[58] Field of Search ............................... 814/9, 11, 15, 814/16; 930/DIG. 572, DIG. 582; 530/312, 317, 321, 328, 329

[56]                  References Cited

### U.S. PATENT DOCUMENTS

5,576,290  11/1996  Hadley ...................................... 514/11

5,674,839  10/1997  Hruby et al. ............................... 514/9
5,714,576   2/1998  Hruby et al. ............................... 530/312

### FOREIGN PATENT DOCUMENTS

292291  11/1988  European Pat. Off. .

### OTHER PUBLICATIONS

Al–Obeidi et al. Potent and Prolonged Acting Cyclic Lactam Analogues . . . J. Med. Chem. vol. 32, No. 12, pp. 2555–2561, 1989.

Hadley et al. Linear and Cyclic α–Melanotropin . . . Pigment Cell Research, vol. 2, No. 6, pp. 478–484, 1989.

Primary Examiner—Jeffrey E. Russel
Attorney, Agent, or Firm—Yahwak & Associates

[57]                  ABSTRACT

The present invention is directed to a series of peptides which may be used for stimulating sexual response in females.

8 Claims, No Drawings

6,051,555

# STIMULATING SEXUAL RESPONSE IN FEMALES

This is a continuation of my earlier U.S. patent application Ser. No. 08/699,571, filed Aug. 19, 1996, now abandoned which in turn is a continuation of U.S. patent application Ser. No. 08/264,921, filed Jun. 24, 1994, now U.S. Pat. No. 5,576,290, which is turn is a continuation application of U.S. patent application Ser. No. 08/043,159, filed Apr. 5, 1993, and now abandoned.

Erectile dysfunction, or impotence, is probably the most common male sexual symptom encountered by the practicing physician, and an improved understanding of the problem and new approaches to diagnosis and treatment have greatly increased the chances of helping patients with this problem.

Erection of the penis is in most simple terms a hydraulic event in which vascular channels that are empty in the flaccid penis become filled with blood at pressures approaching systemic levels. Erection occurs when the arteriolar and sinusoidal smooth muscles of the vessels within the corpora relax, thus lowering resistance in these channels and allowing arterial blood to surge into the penis. However, exit of the arterial blood is impeded by an increase in venous resistance. Further distention of the sinusoids is restrained by the minimally distensible tunica albuginea that raises the pressure further and also restricts venous outflow. Thus, the corpora cavernosa and corpora spongiosum can be filled with blood and the penis can be erect without placing much demand on cardiac output. Although many details remain unclear, increasing evidence indicates that vasoactive intestinal polypeptide, perhaps aided by alpha-adrenergic blockade, acetylcholine, and nitric oxide controls the vascular changes that occur during erection.

At least three controls of erection are of clinical importance: the availability of adequate arterial inflow from the aortoiliac system; a neurologic control that involves two pathways—the reflexogenic in which the pudendal nerve serves as an afferent and the parasympathetic fibers act as efferents, and the erotogenic which are highly complex and include multiple afferent pathways, unknown central connections, and sympathetic outflow via the 10th dorsal nerves through the second lumbar segments; and the third control of normal erection is a central nervous system control based upon hormonal testosterone that is required for the development of libido and neural control of the penis.

Erectile dysfunction is defined medically as the inability to develop and sustain an erection adequate for intercourse for at least 25 percent of attempts. The differential diagnosis of erectile dysfunction is best approached by considering the normal controls of erection, for example, major vascular insufficiency as a cause of inadequate erection occurs with aortoiliac atherosclerosis; it is usually accompanied by claudication and by diminished or absent femoral pulses.

The possibility that disease of smaller arteries is causing erectile dysfunction can be pursued with modern hemodynamic techniques. If injection of papaverine into the corpora cavernosa induces a normal erection within 10 minutes, there is no need for further evaluation of the vascular component; doppler and ultrasound study can delineate arterial, sinusoidal, or venous inadequacy. However, as these methods are not widely available, the differential diagnosis is still guided by clinical findings.

Peripheral neurogenic erectile dysfunction occurs as a result of spinal cord trauma, in the various syndromes of autonomic insufficiency, and in about 50 percent of males with insulin-dependent diabetes mellitus. In diabetes, the

history usually discloses other signs of neuropathy such as postural hypotension, diarrhea, and incontinence. The erectile defect associated with diabetes may be an impairment of the relaxation of smooth muscle of the corpora cavernosa. In vitro, this response was shown to be impaired by either direct electric or neurochemical stimulation. The absence of nocturnal penile tumescence has been used for identifying cases of neurologic impotence.

Antihypertensive drugs, tranquilizers, antidepressants, and many other agents may all cause decreased erectile capacity. Hypertension and antihypertensive medications are frequent causes of impotence. In one group of hypertensive patients, 17 percent reported some decrease in potency before any treatment. Diuretics, centrally active sympatholytics, Beta blockers, and peripherally active agents may all induce partial or complete impotence. The mechanisms by which these drugs produce impotence are not well understood, and it is impossible to predict which agent will affect which patient. It has been, therefore, prior to the making of the present invention, necessary to use trial and error to distinguish between the pharmacological causes of impotence and the psychological influences of the disease and its treatment.

Alcohol can cause erectile dysfunction by many mechanisms, but it is extremely difficult to untangle its pharmacological effects from its emotional and social impact. Erectile dysfunction may also accompany temporal lobe epilepsy—some patients may have hyperprolactinemia, but in others the difficulty has no obvious cause and may reflect abnormalities in still unknown pathways associated with proper function.

Psychogenic factors are thought to be the most frequent causes of impotence. Anxiety, fatigue, interpersonal stresses, and chronic illness are common underlying factors. Depression requires separate mention because of its frequency; impotence may be the presenting complaint that leads to correct diagnosis and treatment. Patients with psychogenic impotence are often capable of erection in some circumstances—for example, when masturbating or when having sex with a different partner. Endocrine impotence (which include abnormalities including testosterone deficiency from pituitary or testicular disease, estrogen excess and hyperprolactinemic syndromes, for example), on the other hand, tends to develop gradually and then to be constant.

As specific treatable causes of erectile dysfunction are defined, it becomes imperative to follow a protocol capable of detecting the principal cause of dysfunction in each patient. The starting point is a careful history and physical examination, combined with a detailed sexual history. The patient should be asked about duration of the symptom, the circumstances in which it is manifested, the potential role of disease or medication, and the possibility of alcoholism or depression. Physical examination should include testing peripheral reflexes and pinprick sensation in the perianal area. If any of the specific conditions already mentioned is suggested, the appropriate therapy is clear. In many patients suffering from this condition no clear etiology is determined, and in those two additional tests are conventionally indicated.

The "gold standard" for noninvasive testing is the recording of nocturnal penile tumescence. This test can be done in a sleep laboratory and several devices are available for home use. By such tests, one can distinguish between the presence of some erection and the sustained achievement of sufficient pressure for vaginal penetration. Alternatively, prior to the present invention, the physician can inject, directly into the

6,051,555

3

penile corpora, either papaverine, papaverine plus phentolamine, or prostaglandin El. A firm erection achieved in this way indicates that the vascular component of erection is adequate and also provides a somewhat effective therapeutic alternative. Any failure to induce erection should be followed by definitive vascular studies.

The appropriate therapy for erectile dysfunction of a nonspecific cause allows for several options. Injection of papaverine alone or combined with phentolamine, as indicated above, will induce an erection lasting 30 to 120 minutes in about 70% of patients. However, side effects include pain, ecchymosis, and occasional episodes of priapism (a condition which is characterized by a persistent erection that cannot be relieved by sexual intercourse or masturbation) that require pharmacological intervention. This approach to relief of erectile dysfunction is still experimental, but is widely used. The present invention provides the possible advantage of "synergistic polypharmacology" whereby lower intracorporeal (penile) injections may be used, and thus eliminate the problem of unwanted priapism often associated with papavene and other locally injected drugs.

While there is presently no consensus treatment for sexual dysfunction in the male, most drug strategies are directed as though the defect were primary (at the level of the penis) in origin, however, that is seldom the cause. Most drug therapies involve autoinjection (intracorporeal) of a drug which is directed at inhibiting sympathetic (α-adrenoceptor) activity and causing muscle (sphincter) relaxation. As noted above, papaverine is most often utilized in drug therapies for this dysfunction and functions as a nonspecific relaxant of smooth muscle. The prostaglandins, specifically those belonging to the E-series, are also sometimes employed in drug therapies because of their smooth muscle relaxant effect on erectile tissue. Although vasoactive intestinal peptide has been used in trials to induce erection, intrapenile injections of the peptide have proven ineffective in inducing a full erection necessary for intercourse. Nitric oxide (a gas) is now considered to be a physiological mediator of erection, but it is difficult to envision how it might be applied effectively to the penis to achieve a satisfactory erection.

An alternative to this invasive approach is the use of a plastic tube and suction pump to create a vacuum around the penis. When erection results, a rubber band is placed at the base of the penis, and satisfactory coitus is thus possible. An additional choice is surgical implantation of one of several types of prostheses, and these have been used successfully by many couples. Finally, sex therapy is of considerable use for psychogenic impotence; in addition, supportive counseling and reassurance are necessary adjunct for all patients with erectile dysfunction, particularly because anxiety and fear of failure compound any partial erectile difficulty.

Although these approaches to overcome erectile dysfunction are better than none, it would preferable if the therapy did not involve any invasive procedures such as direct injection into the penis or implantation of a prostheses, and relied instead upon less traumatic methodologies. In the early 1980s, a few hundred men who took the oral drug trazodone for depression unexpectedly experienced prolonged and painful erections. In a few cases surgery was required in order to halt the erection. This makes trazodone the first oral drug that has been discovered to prolong erections. Although its side effects are such that trazodone is not an acceptable therapy for sexual dysfunction, it does indicate that alternative less invasive routes of administration are possible for the treatment of such conditions.

4

While the present psychopharmacologic approach for treatment encompasses drug therapies that primarily affect the behavioral components of the sexual response, i.e., sex drive or libido, through the alteration of neuronal activity within the brain, this effect is not restricted to sexual drive because augmentation of neuronal activity within the brain areas regulating sexual drive has been shown to lower response thresholds for the erectile reflex. In fact, an interaction between spinal and supraspinal centers is mandatory for normal erectile function. The neuropharmacologic approach also encompasses drug-induced changes in neuronal activity, but the site of action may include the brain, brainstem, spinal chord and/or peripheral nerve fibers, and the primary effects are restricted to the alteration of spinal reflex function. The vascular pharmacologic approach encompasses any pharmacologic approach that alters smooth muscle responses of the penile vasculature.

Some drugs work centrally, that is their actions are at the level of the central nervous system. Activation of central nervous system opiate pathways appears to be inhibitory to erectile function, whereas inhibition of opiate receptors appear to be stimulatory to such activity. Oxytocin appears to be a central stimulant of erectile function, and there is evidence that apomorphine (a dopamine agonist) induces penile erection by releasing oxytocin in the central nervous system. The clinical applicability of apomorphine is, however, partially limited by side effects and a short duration of action. Most interesting, both oxytocin and ACTH/MSH-like molecules induce an erection when injected into the third ventricles of the brain in rodent studies. It is of interest that in the rodent, MSH-like peptides cause stretching and yawning behavior, a similar phenomenon which was seen in the volunteers who received compounds according to the present invention. Thus, it can be surmised that the actions of the compounds according to the present invention are probably not at the level of the penis, but rather act upon neurons of the CNS.

In view of the problems associated with distinguishing psychogenic impotence from organic or vascular insufficiency, alternative approaches to those presently in use are still required by the physician.

It is one aspect of the present invention, therefore, to describe a means of distinguishing psychogenic impotence from sexual dysfunction brought about by organic pathologies or vascular insufficiencies.

It is a second aspect of the present invention to provide a male with a means to overcome sexual dysfunction caused for psychogenic reasons.

It is still another aspect of the present invention to describe a series of compounds active in bringing about an enhancement of libido (either by overcoming psychogenic sexual dysfunction in males or by inducing sexual receptivity in females) in animals (specifically in mammals, and more specifically in, but not limited to, humans) which may be administered by surgically invasive, for example injection, or by non-invasive methods, for example by ocular, oral or other routes of administration.

These and other aspects of the present invention will become more readily apparent in the following detailed description and examples.

The structure of the linear and cyclic peptides which comprise the biologically active compounds of the present invention are:

Ac-Nle-Asp-His-D-Phe-Arg-Trp-Lys-NH2;

6,051,555

5

-continued



Ac-Nle-Asp-His-D-Phe-Arg-Trp-Lys-NH₂;

Ac-Nle-Asp-His-D-Phe-Arg-Trp-Lys-Gly-NH₂;

Ac-Nle-Asp-His-D-Phe-Arg-Trp-Lys-Gly-Pro-NH₂;

Ac-Ser-Tyr-Ser-Nle-Asp-His-D-Phe-Arg-Trp-Lys-NH₂;

Ac-Tyr-Ser-Nle-Asp-His-D-Phe-Arg-Trp-Lys-NH₂; or

Ac-Ser-Nle-Asp-His-D-Phe-Arg-Trp-Lys-NH₂; or

mixtures thereof.

In this listing of compounds according to the present invention, the amino acid residues have their conventional meaning. Thus, "Nle" refers to norleucine; "Asp" refers to aspartic acid; "His" refers to histidine; "D-Phe" refers to D-phenylalanine; "Arg" refers to arginine; "Trp" refers to tryptophan; "Lys" refers to lysine; "Gly" refers to glycine; "Pro" refers to proline; "Tyr" refers to tyrosine, and "Ser" refers to serine.

The linear compounds of the present invention may be synthesized by solid-phase synthesis and purified according, for example, to the basic methods described by Sawyer et al [see P.N.A.S. USA 77:5754 (1980); P.N.A.S. USA 79:1751 (1982); or J. Med. Chem. 25:1022 (1982)], and the specific methods described by Al-Obeidi et al [see J. Med. Chem. 32:174 (1989), and J. Med. Chem. 32:2555 (1989)].

Briefly summarized, each compound was synthesized by first preparing a p-methylbenzhydrylamine resin to which the desired amino acids were coupled, successively, as its Nᵅ-Boc derivative ("Boc" refers to t-butyloxycarbonyl). The reactive side chain side group of each tri-functional amino acid was protected by incorporation of an appropriate protective group as is well known in the peptide art. After all the amino acid residues were coupled to the resin, the amino terminus of the peptide-resin was acetylated, the protective peptide was cleaved from the resin, and all protecting groups were removed. The crude compound was then purified by ion-exchange chromatography on silica gel using appropriate solvents. Optical rotation values were used as a check and were measured at the mercury/green line (546 nm) in a Perkin-Elmer 241 MC Polarimeter.

In addition to this briefly summarized procedure, other well known procedures utilizing other resins and reagents may be used to prepare the compounds according to the present invention. For ease and reliability of manufacture, however, it is preferred that automated solid-phase chemistries be used in the synthesis of compounds according to the present invention.

More particularly, the linear compounds according to the present invention were generally prepared according to the following example.

EXAMPLE I

Ac-Nle-Asp-His-D-Phe-Arg-Lys-NH₂

This compound was prepared by coupling Nᵅ-Boc-Lys-(Nᵋ2Clz) to p-methylbenzhydrylamine resin (2.0 gr pMBHA resin, 0.7 mmol NH₂/gr of resin) using 3-fold excess of amino acid using solid-phase methods of peptide synthesis. After 90 minutes, the resin was washed with dichloromethane, neutralized, and the amino acid group

6

acetylated with acetic anhydride-pyridine mixture. No reactive amino groups on the resin were detected by the ninhydrin test after 30 minutes. A cycle for coupling of each amino acid residue onto the growing peptide chain consisted of the following: (1) Washing with four 30-ml portions of CH₂Cl₂, 2 min /wash; (2) Cleavage of the Boc group by 30 ml of 48% trifluoroacetic acid in dichloromethane containing 2% anisole, one treatment for 5 min, a second for 20 min; (3) Washing with four 30-ml portions of dichloromethane, 2 min/wash; (4) Neutralization by the addition of two 30-ml portions of 10% diisopropylethylamine in dichloromethane, and shaking for 2 min wash; (5) Washing with four 30-ml portions of dichloromethane, 2 min/wash; (6) Addition of 3-fold excess of the Boc amino acid derivative in 5 ml of dichloromethane, 2.4 ml of N-hydroxybenzotriazole (HOBt) of 1 mmol/ml solution of HOBt in DMF (except in the case of N-Boc-Nⁱᵐ Tos-His; the term "NⁱᵐTos" refers to N-imidazole tosyl), followed by 2.4 ml of dicyclohexylcarbodiimide (DCC) of 1 mmol/ml solution of DCC in DMF. The mixture was then shook for 2-3 hrs. (in the case of Trp, Arg and His, DMF was used as a coupling solvent); (7) After completion of the coupling (ninhydrin negative) washing with three 30-ml portions of dichloromethane, 2 min/wash; (8) Washing with 3 ml portion of 100% ethanol, 2 min/wash; (9) Washing with four 30-ml portions of dichloromethane, 1 min/wash. The protected peptide resin corresponding to the title compound was obtained after stepwise coupling of the following Nᵅ-Boc amino acids (or derivatives) (in order of addition): Nᵅ-Boc-Nⁱ-For-Trp; Nᵅ-Boc-NⁱTos-Arg; Nᵅ-Boc-D-Phe; Nᵅ-Boc-N ᵉᵐTos-His; Nᵅ-Boc-Asp (β Bzl); and Nᵅ-Boc-Nle. The derivatives in the coupling reaction are defined as follows: "Nⁱᵐ" refers to N-indolyl; "2 Cl₂" refers to 2-chlorobenzoyloxycarbonyl; "For" refers to formyl; and "Nⁱ" refers to N-guanidino. After coupling the last amino acid, the Nᵅ-Boc protection group was removed, the amino group neutralized, and acetylated with 2-fold excess of 1:1 mixture of acetic anhydride/pyridine in dichloromethane for 1 h. The Ac-Nle-Asp (β-Bzl)-His (Nᵉᵐ-Tos)-D-Phe-Arg (Nⁱ-Tos)-Trp-(Nⁱ-For)-Lys(Nᵋ-2-Clz)-p-MBHA resin was washed with dichloromethane and dried in vacuo to give 2.1 g. A 1.5 g sample of the protected peptide resin was cleaved by liquid HF and after evaporation of the volatile materials, the dried, cleaned peptide was washed with 3×30 ml of anhydrous diethyl ether and extracted with 3×30 ml of 30% aqueous HoAc. The residue was lyophilized to yield crude peptide which was then dissolved in 2 ml of NH₂OAc buffer (pH 4.5), and filtered through a cartridge filter on the top of a carboxymethyl cellulose column. The major peak was collected and lyophilized to give a white powder. 112 mg of the CMC chromatographically pure powder was purified by HPLC to give 64 mg of pure title peptide.

The solid-phase peptide synthesis of cyclic peptide analogues, according to the present invention, were conducted by conventional solid-phase synthesis techniques. Briefly summarized, Nᵅ-tert-butyloxycarbonyl protected amino acids and their derivatives were coupled to a p-methylbenzhydrylamine resin with 3-fold excess of the Boc-protected amino acid derivative, a 2.4-fold excess of N-hydroxybenzotriazole (HOBt) of 1 mmol/ml solution in DMF (except in case of His), and a 2.4-fold excess of 1 mmol/ml solution of dicyclohexylcarbodiimide in DMF. The coupling reaction was carried out in dichloromethane for a 1 to 3 hour period and monitored by ninhydrin and/or chloranil tests which were repeated as necessary. Reactive side chains of amino acids were protected as follows: Lys, 2,4-dichlorobenzyloxycarbonyl; Trp, formyl; Arg, tosyl; His, tosyl; Glu and Asp, Benzyl ester. Cleavage of the N-Boc protecting group was performed by treatment with 48% trifluoroacetic acid containing 2% anisole in dichloromethane for 5 and 20 min each.

6,051,555

7

A cycle for the incorporation of each amino acid residue into the growing peptide chain consists of the following: (1) washing with $CH_2Cl_2$ (4×30 ml, 1 min/wash), (2) Boc protection was removed at each step by two treatments with 48% TFA in $CH_2Cl_2$ containing 2% anisole for 5 and 20 min each; (3) washing with $CH_2Cl_2$ (2×30 ml); (4) neutralizing with 10% diisopropylethylamine in $CH_2Cl_2$ (2×30 ml, 3 min/wash); (5) washing with $CH_2Cl_2$ (3×30 ml, 2 min/wash); (6) adding the Boc-protected amino acid derivative in 20 ml of $CH_2Cl_2$ (except in the cases of Trp, Arg and His when DMF was substituted for $CH_2Cl_2$ because of solubility), followed by HOBt, followed by DCC and shaking for 1–3 h; (7) washing with $CH_2Cl_2$ (3×30 ml, 2 min/wash); and (8) washing with 100% EtOH (3×30 ml, 2 min/wash). Completion of coupling was monitored, and after coupling the last amino acid, the $N^\alpha$-Boc protecting group was removed, the amino group neutralized, and acetylated with a 10-fold excess of N-acetylimidazole in $CH_2Cl_2$ or using 1:1 mixture of acetic anhydride:pyridine in $CH_2Cl_2$ (2-fold excess for 1 h).

Peptides were deprotected and removed from the resin with anhydrous liquid HF (10 ml/1 g of resin) containing 10% anisole and 8% 1,2-dithioethane at 0° C for 45 min. After evaporation of the volatile materials in vacuo, the free peptides were washed with diethylether or ethylacetate (3×30 ml) and then extracted with 30% aqueous solution of acetic acid (3×30 ml), and distilled water (3×30 ml). the combined aqueous extract was lyophilized to give a white powder of the crude peptide. Each peptide was purified by column chromatography on cation-exchange carboxymethyl cellulose resin, using discontinuous gradient of ammonium acetate buffer as follows: 250 ml of 0.01M $NH_4OAc$ (pH 4.5), 250 ml of 0.01M $NH_4OAc$ (pH 6.8), 250 ml of 0.1M $NH_4OAc$ (pH 6.8), and 250 ml of 0.2M $NH_4OAc$ (pH 6.8). The major peak (280 nm detection) eluted during the last part of 0.01M $NH_4OAc$ (pH 6.8) and the first half of the 0.1M $NH_4OAc$ (pH 6.8) buffer was lyophilized to give a purified peptide as a white powder.

More particularly, the cyclic compounds, according to the present invention, were prepared according to the following example:

EXAMPLE II

Ac-Nle-Asp-His-D-Phe-Arg-Trp-Lys-NH₂

From 1.4 g (0.5 mmol) of Boc-His ($N^{im}$-Tos)-D-Phe-Arg ($N^\gamma$-Tos)-Trp ($N^i$-For)-Lys ($N^\epsilon$-2,4-Cl₂Z)-p-MBHA resin prepared as in Example I; the protected peptide resin of the title compound was prepared by stepwise coupling of $N^\alpha$-Boc-Asp (β-Bzl) and $N^\alpha$-Boc-Nle. Each coupling reaction was achieved by following the same coupling scheme reported under the general solid-phase peptide methodology. After coupling the last amino acid, the $N^\alpha$-Boc protecting group was removed, the amino group neutralized, and acetylated with either a 10-fold excess of N-Acetylimidazole in dichloromethane (for 6–8 hrs.) or with a 2-fold excess of 1:1 mixture of acetic anhydride:pyridine in dichloromethane (for 1–2 hrs) to give the protected peptide resin Ac-Nle-Asp (β-Bzl)-His ($N^{im}$-Tos)-D-Phe-Arg ($N^\gamma$-Tos)-Trp ($N^i$-For)-Lys ($N^\epsilon$-2,4-Cl₂Z)-p-MBHA resin. A 1.0 g sample of the vacuum dried peptide resin was treated with 10 ml anhydrous HF in the presence of 1 ml anisole and 0.8 ml 1,2-dithioethane for 45 min at 0° C.

After the HF, anisole, and 1,2-dithioethane were evaporated in vacuo, the dried product mixture was washed with three 30 ml portions of diethylether, and the peptide was

8

extracted with three 30 ml portions of 30% acetic acid. Upon lyophilization of the aqueous extract of the peptide 370 mg of the crude Ac-Nle-Asp-His-D-Phe-Arg-Trp-Lys-NH₂ was obtained. A portion of the crude heptapeptide (110 mg) was purified by a purification scheme which included dissolving the crude peptide in 2–4 ml of 0.01M $NH_4OAc$, pH 4.5, and chromatographed on carboxymethylcellulose column (2.0× 25.0 cm).with a discontinuous gradient (250 ml each) of 0.01 (pH 4.5), 0.01, and 0.02M $NH_4OAc$ (pH 6.8). The major peak detected at 280 nm was eluted during the first half of the 0.1M $NH_4OAc$ (pH 6.8) buffer and was lyophilized to give 82 mg of white powder of the linear peptide. A 40.0 mg of the pure linear product was subjected to cyclization by dissolving the pure linear peptide in 1 ml of 5% HCl aqueous solution and the solution chromatographed on diethylaminoethylcellulose (of hydrochloric acid form) column (1.0× 15.0 cm) with 100 ml of 5% HCl aqueous solution and the eluted peak monitored at 280 nm. Lyophilization of the collected peptide peak gave a linear peptide as the hydrochloride salt. The peptide salt was dissolved in 3 ml of dry DMF and secondary amine free DMF (distilled from ninhydrin under reduced pressure). To the peptide solution in DMF was added anhydrous $K_2HPO_4$, the reaction mixture was cooled in an ice-bath to 9° C., 11 ml of diphenylphosphorylazide was added, the reaction mixture stirred at 0° C., and then the whole reaction flask was transferred into the cold room at 12° C. The reaction mixture was stirred overnight at 12° C. and the completion of the reaction was monitored by HPLC (Vydac column, 25.0 cm×4.6 mm with 0.1% trifluoroacetic acid/$CH_3CN$). Also, the ninhydrin test was used to detect the completion of the cyclization. The cyclized product was purified, after quenching the reaction with 10% aqueous HOAc solution, by desalting on $P_4$ polyacrylamide column (80.0 cm×1.0 cm) using 30% HOAc and purified by semipreparative HPLC to give 12 mg of pure titled product. [see Al-Obeidi et al; supra].

In like manner, but with appropriate reagent substitution in accordance with known procedures the following peptides showing erectogenic activity were prepared and tested:

Ac-Nle-Asp-His-D-Phe-Arg-Trp-Lys-Gly-NH₂

Ac-Nle-Asp-His-D-Phe-Arg-Trp-Lys-Gly-Pro-NH₂

Ac-Ser-Tyr-Ser-Nle-Asp-His-D-Phe-Arg-Trp-Lys-NH₂

Ac-Tyr-Ser-Nle-Asp-His-D-Phe-Arg-Trp-Lys-NH₂

Ac-Ser-Nle-Asp-His-D-Phe-Arg-Trp-Lys-NH₂

Each of the peptides according to the present invention invariably induce an erection in the human male, and does so at a very low dose without any detectable side effects when administered systemically. The effect apparently takes place within the central nervous system. Therefore, erection induced by these peptides will allow the physician to determine whether CNS-derived impulses from the brain to the penis are intact. If so, then the sexual dysfunction can be ascribed as being psychogenic in nature. Failure to respond to the peptides according to the present invention might suggest a defect at the level of the penis or some higher spinal pathway. Used in combination with a local injection of a substance (e.g., papaverine) into the penis, then the true nature of the defect can be pinpointed.

Recent observations on the erectogenic properties of the biologically active peptides according to the present invention are given in the following example:

6,051,555

9

EXAMPLE III

The peptides described herein were prepared by sterile methods to a final concentration of 10 mg of peptide per ml of physiological saline. In addition to a full dose providing 10 mg of the peptide to the individual, doses of 0.1 to 0.3 ml (providing 1 mg to 3 mg of the peptide to each individual) of this stock material were also injected into volunteers, with a dose of 0.1 to 0.2 ml being the most often used dosage.

A 10 mg dose of the peptide identified in Example II was given subcutaneously in either the upper arm or inner thigh to a human volunteer resulted in an erection of 6 to 8 hours duration. The onset of erection occurred about 1 to 2 hours after injection. Half the dose (5 mg) of the peptide resulted in a continued tumescence of 4 to 6 hours duration as did a dose of 3.2 mg. A smaller dose of 2.5 mg resulted in an on-off erectile response of 2 to 6 hours duration. At the smallest dose administered (1.25 mg), generally no erectile activity was noted in the volunteers used for this testing. A dose of 3.75 mg in volunteers produced a long lasting erection of 4 to 6 hour duration. At all concentrations that caused an exaggerated erectile response, stomach discomfort was noted. In some, this discomfort was considerable. At the lower doses of 1.25 to 2.5 mg which gave an erection, no stomach discomfort was noted. Accordingly, although dosages of from about 1.0 mg to about 10.0 mg show the desired activity according to the present invention, it is preferred that the lower ranges of dosage which bring about the desired erection without undesirable side effects be used. Accordingly, it is preferred that dosages of about 1.5 mg to 2.5 mg of peptide be provided when the route of administration is subcutaneous or intramuscular. With other routes of administration, this range may require adjustment, however, it is still preferred that the lower range of adjusted effective dosages for the selected route of administration be used.

Another of the peptides according to the present invention (Ac-Nle-Asp-His-D-Phe-Arg-Trp-Lys-Gly-NH₂ ) induced an erection within 60 minutes following administration at a concentration of 2.5 mg. This erection lasted, intermittently, for up to six hours. A dose of 1.25 mg also induced an erection which took longer to initially occur, but which was also sustained intermittently for up to 6 hours. No stomach discomfort was experienced.

Still other of the listed peptides according to the present invention have also been shown to induce an erectile response at very low (1–3 mg) doses.

At the lower dose of the peptides that induce an erection, detumescence follows ejaculation which is another reason why the lower dosage is preferred. Following the initial detumescence, subsequent erections can follow (depending upon the dosage initially given) that are again relieved by detumescence. Thus, the peptides according to the present invention have not been found to cause a too prolonged rigidity (priapism) as is sometimes the problem with penile auto-injections of conventional therapies using drugs such as prostaglandins and papaverine.

In addition to providing a safe therapy for sexual dysfunction, the peptides of the present invention may also be administered subcutaneously or intramuscularly by the physician to provide a rapid and reliable estimation (diagnosis) of erectile potential. Use of the peptide will rapidly differentiate between the two major causes (psychogenic and vascular/organic) of dysfunction; it can be completed within 30 to 120 minutes; and can be self-evaluated in the home. Since the peptides according to the present invention have proven to be 100% effective in inducing an erection in normal volunteers, the present invention should become the new "gold standard" for the evaluation of erectile dysfunction. It should also be pointed out

10

that the present methods of erectogenic evaluation are very time consuming and consequently very expensive to the patient.

It is interesting to note that a related peptide, i.e.

AC-Ser-Tyr-Ser-Nle-Glu-His-D-Phe-Arg-Trp-Gly-Lys-Pro-Val-NH₂,

did not cause an erectile response at even the highest dose administered (about 20 mg). This suggests that the ability of the peptides according to the present invention relates to its structure.

In addition to bringing about an erectile response in human volunteers, it has also been determined that these peptides also bring about an erectile response when administered subcutaneously or intramuscularly into the rat or mouse. Furthermore, the peptide of Compound 11 when injected into the castrated dog caused no erectile response, but did so if the animal is first primed with testosterone. This suggests that the invention may prove effective in treating impotency in elderly men whose testosterone levels may be declining with age. These individuals, although classified as organically dysfunctional, should respond to the peptides of the present invention when it is administered separately or in conjunction with testosterone or other androgen.

An intriguing question relates to whether a peptide according to the present invention might have any effect on the female. Although no human trials have been conducted, peptides related to the present invention have been injected into the ventricles of the rat brain resulting in the induction of lordosis (sexual posture), and following injection (subcutaneous) of the peptides according to the present invention into female rabbits has induced a tail-wagging response which is believed to be a behavioral response related to sexual excitement. It may be, therefore, that the peptides of the present invention may also be a means of stimulating the sexual response in females, including treatment (therapy) of the inhibited sexual desire syndrome.

The action seen in female rats and rabbits indicates an interesting potential for peptides according to the present invention in animal husbandry. The peptides according to the present invention may be administered, for example, to increase the libido of female animals belonging to rare species in captivity at the proper time in their oestrus cycle to make them more receptive to coitus, in addition to providing male animals with an increased libido resulting from an induced erectile response following administration of the peptide. Thus, the peptides according to the present invention may be used as an adjunct to present day breeding practices of both endangered and domesticated animals.

The peptides according to the present invention may also be used in artificial insemination programs. For example, the peptides may be administered to stallions which, for psychological and/or physical reasons will not mount a (mock) female phantom used in the collection of sperm. Also, the peptides according to the present invention may also be used as an alternative to the electro-ejaculator probe used in collecting semen from bulls in cattle breeding programs; rather than provide electric stimulation to bring about the erectile response in the bull needed to collect sperm, the peptides may be administered to the bull as a means of providing an erectile response, and the sperm may then be collected in an artificial vagina in the normal manner.

The present invention may also be used in clinics where the collection of sperm for artificial insemination is used, but in those instances wherein the individual has difficulties in achieving an erection.

In administering the erectogenic peptides of the present invention to an animal, including man, the peptides may be

6,051,555

11

administered in a number of modalities including, for example, subcutaneous, intracorporeal or intramuscular injection; by topical solutions applied to the eye; by oral means such as pills, capsules and the like; and by topical salves, ointments and creams applied, for example, directly to the penis for transdermal administration. In each of these modalities, the peptides according to the present invention may be given alone or with other erectogenic peptides according to the present invention, or in combination with other erectogenic compounds such as papaverine. When administered, the peptides according to the present invention may also be in combination with, for example, appropriate fillers, buffers, solvents, carriers, extenders and other conventional materials known in the compounding arts for the formulations of appropriate injection solutions, topical solutions, pills, capsules, topical salves, ointments, creams and the like.

Thus, while I have illustrated and described the preferred embodiment of my invention, it is to be understood that this invention is capable of variation and modification, and I therefore do not wish to be limited to the precise terms set forth, but desire to avail myself of such changes and alterations which may be made for adapting the invention to various usages and conditions. Such alterations and changes may include, for example, different pharmaceutical compositions for the administration of the peptides according to the present invention to a mammal; different amounts of peptide in the compositions to be administered; different times and means of administering the peptides according to the present invention; and different materials contained in the administration dose including, for example, combinations of different peptides, or combinations of erectogenic peptide with other biologically active (including but not limited to other erectogenic compounds) compounds. Such changes and alterations also are intended to include modifications in the amino acid sequence of the specific erectogenic peptides described herein in which such changes alter the sequence in a manner as not to change the erectogenic potential of the peptide, but as to change solubility of the peptide in the pharmaceutical composition to be administered or in the body, absorption of the peptide by the body, protection of the peptide for either shelf life or within the body until such time as the biological action of the peptide is able to bring about the desired effect, and such similar modifications. Accordingly, such changes and alterations are properly intended to be within the full range of equivalents, and therefore within the purview of the following claims.

Having thus described my invention and the manner and process of making and using it in such full, clear, concise and exact terms so as to enable any person skilled in the art to which it pertains, or with which it is most nearly connected, to make and use the same.

I claim:

1. A method for stimulating sexual response in females which comprises administering a peptide in an amount sufficient to bring about a sexual response in a female biologically and physically capable of achieving said response, said peptide being selected from the group consisting of:

Ac-Nle-Asp-His-D-Phe-Arg-Trp-Lys-NH2;

Ac-Nle-Asp-His-D-Phe-Arg-Trp-Lys-NH2;

12

-continued



Ac-Nle-Asp-His-D-Phe-Arg-Trp-Lys-Gly-NH2;

Ac-Nle-Asp-His-D-Phe-Arg-Trp-Lys-Gly-Pro-NH2;

Ac-Ser-Tyr-Ser-Nle-Asp-His-D-Phe-Arg-Trp-Lys-NH2;

Ac-Tyr-Ser-Nle-Asp-His-D-Phe-Arg-Trp-Lys-NH2; and

Ac-Ser-Nle-Asp-His-D-Phe-Arg-Trp-Lys-NH2;

and a mixture of peptides taken from said group.

2. A method according to claim 1 in which the peptide is

Ac-Nle-Asp-His-D-Phe-Arg-Trp-Lys-NH2.

3. A method according to claim 1 in which the peptide is

Ac-Nle-Asp-His-D-Phe-Arg-Trp-Lys-NH2.

4. A method according to claim 1 in which the peptide is

Ac-Nle-Asp-His-D-Phe-Arg-Trp-Lys-Gly-NH2.

5. A method according to claim 1 in which the peptide is

Ac-Nle-Asp-His-D-Phe-Arg-Trp-Lys-Gly-Pro-NH2.

6. A method according to claim 1 in which the peptide is

Ac-Ser-Tyr-Ser-Nle-Asp-His-D-Phe-Arg-Trp-Lys-NH2.

7. A method according to claim 1 in which the peptide is



Ac-Tyr-Ser-Nle-Asp-His-D-Phe-Arg-Trp-Lys-NH2.

8. A method according to claim 1 in which the peptide is



Ac-Ser-Nle-Asp-His-D-Phe-Arg-Trp-Lys-NH2.

* * * * *

Exhibit C-3-C: Article in the Observer (29 September 2002)

Quoting Carl Spana, PhD, CEO of Palatin Technolgies, Inc.

and Available on Website www.pt141.com/pt141women.html.

Source: *Observer*
Date: 29 September 2002

# Nasal spray for women who are sniffy about sex

### Robin McKie, science editor

It is the seducer's ultimate dream: a potion that will turn a woman's cold indifference into warm sexual interest. Sound improbable? Not any more. Scientists last week revealed they had successfully tested a nasal spray, PT-141, that sent 'healthy, normal women' into states of high sexual arousal.

'The crucial point about PT-141 is that it directly targets the brain's arousal centre,' said Dr Carl Spana, president of Palatin Technologies, of New Jersey. Originally uncovered through tests on rats, the drug aroused female rodents 'so quickly they started mounting males', added Spana.

Now the company hopes to market PT-141 for humans in two or three years though Spana stressed Palatin's main target was people with sexual problems: men with impotence and women with low arousal.

Given that more than 40 per cent of women suffer from 'female sexual dysfunction' - they are interested in sex but cannot reach climax - this still gives PT-141 a massive market while at the same time providing hope for a lot of unsatisfied men.

The drug could even prove to be more popular than Viagra which works by directly stimulating blood flow in sexual organs. But for many women, it is lack of libido - not physiological difficulties - that causes them problems. By contrast, PT-141 targets the brain's arousal centre and looks more likely to defrost sexual interest, says Palatin.

This point was underlined last week when Professor Raymond Rosen of New Jersey's University of Medicine and Dentistry revealed results of the first human trials of PT-141. Sixteen healthy women were given the drug and 16 were given a placebo. All were shown erotic videos, while detectors measured blood flow in their vaginas.

The women given placebos hardly reacted while those on PT-141 had pronounced increases in blood flow - results that demonstrate the drug has potential that goes well beyond its use only as a medical aid, though Spana counselled caution. The drug can only be administered as a nasal spray - which isn't good for seducers. You can't put it in a drink and sticking it up a girl's nose is hard to do surreptitiously, after all.

'On the other hand, related compounds could easily be made into pills one day, though I still don't think they will turn on a woman who was previously totally uninterested in a man or in having sex. She has to be halfway there already.'



HOME
PT-141
Nasal spray
"Bliss in a Pill"?
Sensualism.com
PT-141 plus Viagra
Palatin Technologies
Designer Aphrodisiacs
PT141 : "Bigger Than Viagra"
New sex drugs: Palatin's PT-141
PT-141 increases female sexual desire

Exhibit C-3-D: United States Patent #6,051,555 to Christine

Blood Entitled, "Compositions and Methods for Treatment of

Sexual Dysfunction" (17 June 2003).

US006579968B1

(12) **United States Patent**
Blood et al.

(10) Patent No.:     **US 6,579,968 B1**
(45) Date of Patent:        **Jun. 17, 2003**

(54) **COMPOSITIONS AND METHODS FOR TREATMENT OF SEXUAL DYSFUNCTION**

(75) Inventors: **Christine H. Blood**, Morristown, NJ (US); **Annette M. Shadiack**, Sommerset, NJ (US); **Joanna K. Bernstein**, North Brunswick, NJ (US); **Guy H. Herbert**, Metuchen, NJ (US)

(73) Assignee: **Palatin Technologies, Inc.**, Cranbury, NJ (US)

(*) Notice:     Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **09/606,501**

(22) Filed:     **Jun. 28, 2000**

**Related U.S. Application Data**

(60) Provisional application No. 60/194,987, filed on Apr. 5, 2000, and provisional application No. 60/142,346, filed on Jun. 29, 1999.

(51) Int. Cl.$^7$ ........................ A61K 38/00; A61K 38/12; C07K 7/00; C07K 7/64

(52) U.S. Cl. ........................ 530/312; 530/317; 530/321; 530/328; 530/329; 514/9; 514/11; 514/15; 514/16; 514/18; 424/9.1; 436/811

(58) Field of Search .................................. 530/312, 317, 530/321, 328, 329; 514/9, 11, 15, 16, 18; 424/9.1; 436/811

(56)            **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,696,913 A | * 9/1987 | Geiger et al. | 514/15 |
| 5,576,290 A | 11/1996 | Hadley | 514/11 |
| 5,674,839 A | 10/1997 | Hruby et al. | 514/9 |
| 5,693,608 A | 12/1997 | Bechgaard et al. | 574/2 |
| 5,714,576 A | 2/1998 | Hruby et al. | 530/312 |
| 5,908,825 A | 6/1999 | Fasano et al. | 514/2 |
| 5,977,070 A | 11/1999 | Piazza et al. | 514/12 |
| 6,051,555 A | 4/2000 | Hadley | 514/11 |
| 6,054,556 A | 4/2000 | Huby et al. | 530/317 |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| WO | WO99/21571 | 5/1999 |
| WO | WO99/43709 | 9/1999 |
| WO | WO99/55679 | 11/1999 |
| WO | WO99/64002 | 12/1999 |

OTHER PUBLICATIONS

Bednarek M.A. et al., "Structure–function studies on the cyclic peptide MT–II, lactam derivative of α–melanotropin," *Peptides*, vol. 20:401–09 (1999).

Hadley M.E. et al., "Melanocortin Receptors: Identification and Characterization by Melanotropic Peptide Agonists and Antagonists," *Pigment Cell Res*, vol. 9:213–34 (1996).

Haskell–Luevano C. et al., "Discovery of Prototype Peptidomimetic Agonists at the Human Melanocortin Receptors MC1R and MC4R," *Journal of Medical Chemistry*, vol. 40:2133–39 (1997).

Hruby, V.J., et al., "Cyclic Lactam α–melanocyte–stimulating Hormone–(4–10)–NH$_2$ with bulky aromatic amino acids at position 7 show high antagonist potency and selectivity at specific melanocortin receptors," *Journal of Medicinal Chemistry*, vol. 38, No. 18: 3454–61 (1995).

Schiöth H.B. et al., "Discovery of novel melanocortin$_4$ receptor selective MSH analogues," *British Journal of Pharmacology*, vol. 124:75–82 (1998).

Schiöth H.B. et al., "Selective properties of C–and N–terminals and core residues of the melanocyte–stimulating hormone on binding to the human melanocortin receptor subtypes," *European Journal of Pharmacology*, vol. 349:359–66 (1998).

Wessells H. et al., "Synthetic Melanotropic peptide initiates erections in men with psychogenic erectile dysfunction: double–blind, placebo controlled crossover study," *Journal of Urology*, vol. 160:389–393 (1998).

*Metabolism of Brain Peptides*, Ed. G. O'Cuinn, CRC Press, New York, 1995, pp. 1–9 and 99–103.

* cited by examiner

*Primary Examiner*—Gabrielle Bugaisky
*Assistant Examiner*—Chih-Min Kam
(74) *Attorney, Agent, or Firm*—Stephen A. Slusher; Peacock, Myers & Adams, PC

(57)            **ABSTRACT**

Compositions and methods are provided for treatment of sexual dysfunction in mammals, including male sexual dysfunction, such as erectile dysfunction, and female sexual dysfunction. In one embodiment, a peptide-based composition including the peptide sequence Ac-Nle-cyclo(-Asp-His-D-Phe-Arg-Trp-Lys)-OH is administered. Methods of administration include injection, oral, nasal and mucosal administration.

**7 Claims, 5 Drawing Sheets**

US 6,579,968 B1

1

COMPOSITIONS AND METHODS FOR
TREATMENT OF SEXUAL DYSFUNCTION

CROSS-REFERENCE TO RELATED
APPLICATIONS

This application claims the benefit of the filing of U.S. Provisional Patent Application Serial No. 60/142,346, entitled Compositions And Methods For Treatment Of Sexual Dysfunction, filed on Jun. 29, 1999, and U.S. Provisional Patent Application Serial No. 60/194,987, entitled Compositions And Nasal Delivery Methods For Treatment Of Sexual Dysfunction, filed on Apr. 5, 2000, and the specification thereof of each is incorporated herein by reference.

GOVERNMENT RIGHTS

The U.S. Government has a paid-up license in this invention and the right in limited circumstances to require the patent owner to license others on reasonable terms as provided by the terms of Grant No. R43 GM60144 awarded by the National Institute of General Medical Sciences of the National Institutes of Health of the U.S. Department of Health and Human Services.

BACKGROUND OF THE INVENTION

1. Field of the Invention (Technical Field)

The present invention relates to peptide constructs for the treatment of sexual dysfunction in animals, including both male erectile dysfunction and female sexual dysfunction, including methods and formulations for the use and administration of the same.

1. Background Art

Note that the following discussion refers to a number of publications by author(s) and year of publication, and that due to recent publication dates certain publications are not to be considered as prior art vis-a-vis the present invention. Discussion of such publications herein is given for more complete background and is not to be construed as an admission that such publications are prior art for patentability determination purposes.

Sexual dysfunction, including both penile erectile dysfunction or impotence and female sexual dysfunction, are common medical problems. Significant effort has been devoted over the last twenty or more years to develop methods, devices and compounds for treatment of sexual dysfunction. While more effort has been undertaken for treatment of penile erectile dysfunction, female sexual dysfunction is also an area to which significant research and effort has been devoted.

At present, one commonly used orally administered drug for treatment of sexual dysfunction in the male is Viagra®, a brand of sildenafil, which is a phosphodiesterase-5 inhibitor, increasing the persistence of cyclic guanosine monophosphate and thereby enhancing erectile response. There are several other medical treatment alternatives currently available depending on the nature and cause of the impotence problem. Some men have abnormally low levels of the male hormone testosterone, and treatment with testosterone injections or pills may be beneficial. However, comparatively few impotent men have low testosterone levels. For many forms of erectile dysfunction, treatment may be undertaken with drugs injected directly into the penis, including drugs such as papaverin, prostaglandin $E_1$, phenoxybenzamine or phentolamine. These all work primarily by dilating the arterial blood vessels and decreasing the

2

venous drainage. Urethral inserts, such as with suppositories containing prostaglandin, may also be employed. In addition, a variety of mechanical aids are employed, including constriction devices and penile implants.

A variety of treatments have also been explored for female sexual dysfunction, including use of sildenafil, although the Food and Drug Administration has not specifically approved such use. Testosterone propionate has also been employed to increase or augment female libido.

Melanocortin receptor-specific compounds have been explored for use of treatment of sexual dysfunction. In one report, a cyclic α-melanocyte-stimulating hormone ("α-MSH") analog, called Melanotan-II, was evaluated for erectogenic properties for treatment of men with psychogenic erectile dysfunction. Wessells H. et al., *J Urology* 160:389–393 (1998); see also U.S. Pat. No. 5,576,290, issued Nov. 19, 1996 to M. E. Hadley, entitled Compositions and Methods for the Diagnosis and Treatment of Psychogenic Erectile Dysfunction and U.S. Pat. No. 6,051,555, issued Apr. 18, 2000, also to M. E. Hadley, entitled Stimulating Sexual Response in Females. The peptides used in U.S. Pat. Nos. 5,576,290 and 6,051,555 are also described in U.S. Pat. No 5,674,839, issued Oct. 7, 1997, to V. J. Hruby, M. E. Hadley and F. Al-Obeidi, entitled Cyclic Analogs of Alpha-MSH Fragments, and in U.S. Pat. No. 5,714,576, issued Feb. 3, 1998, to V. J. Hruby, M. E. Hadley and F. Al-Obeidi, entitled Linear Analogs of Alpha-MSH Fragments. Melanotan-II is a peptide of the following formula:



Additional related peptides are disclosed in U.S. Pat. Nos. 5,576,290, 5,674,839, 5,714,576 and 6,051,555. These peptides are described as being useful for both the diagnosis and treatment of psychogenic sexual dysfunction in males and females. These peptides are related to the structure of melanocortins.

In use of Melanotan-II, significant erectile responses were observed, with 8 of 10 treated men developing clinically apparent erections, and with a mean duration of tip rigidity greater than 80% for 38 minutes with Melanotan-II compared to 3.0 minutes with a placebo (p=0.0045). The drug was administered by subcutaneous abdominal wall injection, at doses ranging from 0.025 to 0.157 mg/kg body weight. Transient side effects were observed, including nausea, stretching and yawning, and decreased appetite.

The minimum peptide fragment of native α-MSH needed for erectile response is the central tetrapeptide sequence, His[6]-Phe[7]-Arg[8]-Trp[9] (SEQ ID NO:1). In general, all melanocortin peptides share the same active core sequence, His-Phe-Arg-Trp (SEQ ID NO:1), including melanotropin neuropeptides and adrenocorticotropin. Five distinct melanocortin receptor subtypes have been identified, called MC1-R through MC5-R, and of these MC3-R and MC4-R are believed to be expressed in the human brain. MC3-R has the highest expression in the arcuate nucleus of the hypothalamus, while MC4-R is more widely expressed in the thalamus, hypothalamus and hippocampus. A central nervous system mechanism for melanocortins in the induction of penile erection has been suggested by experiments demonstrating penile erection resulting from central intracerebroventricular administration of melanocortins in rats. While the mechanism of His-Phe-Arg-Trp (SEQ ID NO:1) induction of erectile response has not been fully elucidated, it has been hypothesized that it involves the central nervous system, and probably binding to MC3-R and/or MC4-R.

3

Other peptides and constructs have been proposed which are ligands that alter or regulate the activity of one or more melanocortin receptors. For example, International Patent Application No. PCT/US99/09216, entitled isoquinoline Compound Melanocortin Receptor Ligands and Methods of Using Same, discloses two compounds that induce penile erections in rats. However, these compounds were administered by injection at doses of 1.8 mg/kg and 3.6 mg/kg, respectively, and at least one compound resulted in observable side effects, including yawning and stretching. Other melanocortin receptor-specific compounds with claimed application for treatment of sexual dysfunction are disclosed in International Patent Application No. PCT/US99/13252, entitled Spiropipendine Derivatives as Melanocortin Receptor Agonists.

Both cyclic and linear αMSH peptides have been studied; however, the peptides heretofore evaluated have had an amide or —NH$_2$ group at the carboxyl terminus. See, for example, Wessells H. et al., *J Urology*, cited above; Haskell-Luevano C. et al., *J Med Chem* 40:2133–39 (1997); Schiöth H. B. et al., *Brit J Pharmacol* 124:75–82 (1998); Schiöth H. B. et al., *Eur J Pharmacol* 349:359–66 (1998); Hadley M. E. et al., *Pigment Cell Res* 9:213–34 (1996); Bednarek M. A. et al., *Peptides* 20:401–09 (1999); U.S. Pat. Nos. 6,054,556, 6,051,555 and 5,576,290; and, International Patent Applications PCT/US99/04111 and PCT/US98/03298. While significant research has been conducted in an effort to determine the optimal structure of α-MSH peptides, including a variety of structure-function, agonist-antagonist, molecular modeling and pharmacophore studies, such studies have relied upon peptides with an art conventional —NH$_2$ group at the carboxyl terminus. Further, it has long been believed that biologically active neuropeptides, including α-MSH peptides, are amidated, with an —NH$_2$ group at the carboxyl terminus, and that such amidation is required both for biological activity and stability. See, for example, *Metabolism of Brain Peptides*; Ed. G. O'Cuinn, CRC Press, New York, 1995, pp. 1–9 and 99–101.

## SUMMARY OF THE INVENTION
### (DISCLOSURE OF THE INVENTION)

The invention relates to a peptide that is a free acid or pharmaceutically acceptable salt thereof that includes the sequence His-Phe-Arg-Trp (SEQ ID NO:1), His-D-Phe-Arg-Trp, homologs of His-Phe-Arg-Trp (SEQ ID NO:1) or homologs of His-D-Phe-Arg-Trp. The peptide is preferably a cyclic peptide, and preferable has a terminal —OH at the carboxyl terminus. In a preferred embodiment, the peptide is Ac-Nle-cyclo(-Asp-His-D-Phe-Arg-Trp-Lys)-OH.

The invention also includes pharmaceutical compositions of matter, including a peptide of this invention and a pharmaceutically acceptable carrier. The pharmaceutically acceptable carrier may be a buffered aqueous carrier, and preferably a saline or citrate buffered carrier.

The peptide of this invention, and pharmaceutical compositions of this invention, may be used for stimulating sexual response in a mammal. The invention thus also includes a method for stimulating sexual response in a mammal, in which a pharmaceutically sufficient amount of a composition including His-Phe-Arg-Trp (SEQ ID NO:1), His-D-Phe-Arg-Trp, homologs of His-Phe-Arg-Trp (SEQ ID NO:1) or homologs of His-D-Phe-Arg-Trp is administered. In a preferred embodiment, the composition includes a peptide or pharmaceutically acceptable salt thereof of the formula Ac-Nle-cyclo(-Asp-His-D-Phe-Arg-Trp-Lys)-OH.

4

The mammal may be male or female. In this method, the composition can also include a pharmaceutically acceptable carrier. The peptide or pharmaceutical composition may be administered by any means known in the art, including administration by injection, administration through mucous membranes, buccal administration, oral administration, dermal administration, inhalation administration and nasal administration. In a preferred embodiment, administration is by nasal administration of a metered amount of a formulation including an aqueous buffer, which buffer may be a saline or citrate buffer.

A primary object of the present invention is a melanocortin receptor-specific pharmaceutical for use in treatment of sexual dysfunction.

A second object is to provide a peptide-based melanocortin receptor-specific pharmaceutical for use in treatment of male sexual dysfunction, including erectile dysfunction.

Yet another object is to provide a peptide-based melanocortin receptor-specific pharmaceutical for use in treatment of female sexual dysfunction.

Yet another object is to provide a peptide-based melanocortin receptor-specific pharmaceutical for use in treatment of sexual dysfunction with substantially reduced incidence of undesirable side effects.

A primary advantage of the present invention is that it is efficacious at doses that do not cause deleterious side effects, such side effects including nausea, yawning, stretching, decreased appetite and other effects observed with Melanotan-II, or that causes decreased deleterious side effects as compared to Melanotan-II.

A second advantage of the present invention is that it provides compositions with a larger therapeutic window between desired therapeutic effects and the onset of undesired side effects than other melanocortin receptor-specific agents for the intended purpose.

Yet another advantage of the present invention is that it provides compositions with a greater safety margin between desired therapeutic effects and the onset of undesired side effects than other melanocortin receptor-specific agents for the intended purpose.

Yet another advantage of the present invention is that it provides a peptide-based melanocortin receptor-specific pharmaceutical for use in treatment of sexual dysfunction which is efficacious at significantly lower doses than Melanotan-II or other melanocortin receptor-specific agents.

Yet another advantage of the present invention is that it provides a peptide-based melanocortin receptor-specific pharmaceutical for use in treatment of sexual dysfunction which is pharmaceutically active more rapidly following administration than Melanotan-II or other peptide-based melanocortin receptor-specific agents.

Yet another advantage of the present invention is that it provides a peptide-based melanocortin receptor-specific pharmaceutical for use in treatment of sexual dysfunction which, because of increased efficacy at low doses, may be administered by delivery systems other than art conventional intravenous, subcutaneous or intramuscular injection, including but not limited to nasal delivery systems and mucous membrane delivery systems.

Other objects, advantages and novel features, and further scope of applicability of the present invention will be set forth in part in the detailed description to follow, taken in conjunction with the accompanying drawings, and in part will become apparent to those skilled in the art upon examination of the following, or may be learned by practice

US 6,579,968 B1

5

of the invention. The objects and advantages of the invention may be realized and attained by means of the instrumentalities and combinations particularly pointed out in the appended claims.

### BRIEF DESCRIPTION OF THE DRAWINGS

The accompanying drawings, which are incorporated into and form a part of the specification, illustrate several embodiments of the present invention and, together with the description, serve to explain the principles of the invention. The drawings are only for the purpose of illustrating a preferred embodiment of the invention and are not to be construed as limiting the invention. In the drawings:

FIG. 1 is a plot of the pharmacokinetic profile in rats intravenously administered 100 $\mu$g/kg body weight of Compound 1;

FIG. 2 is a plot of the pharmacokinetic profile in monkeys intravenously administered 50 $\mu$g/kg body weight of Compound 1;

FIG. 3 is a plot of the pharmacokinetic profile in a monkey intranasally administered 50 $\mu$g/kg body weight of Compound 1;

6

homologs or analogs of either of the foregoing, in which the peptide is deamidated, which is to say that it does not include an —NH$_2$ group at the carboxyl terminus. In a preferred embodiment, the deamidated $\alpha$-MSH peptides of this invention have an —OH group at the carboxyl terminus, and are thus a free acid form of peptide.

In a preferred embodiment, the invention provides the peptide

Ac-Nle-cyclo(-Asp-His-D-Phe-Arg-Trp-Lys)-OH Compound 1

The peptide of Compound 1 has a formula of $C_{50}H_{68}N_{14}O_{10}$, and a net molecular weight of 1025.18. This peptide may be synthesized by solid-phase means and purified to greater than 96% purity by HPLC, yielding a white powder that is a clear, colorless solution in water. The structure of Compound 1 is:



FIG. 4 is a plot of the intranasal efficacy in rats of different amounts of Compound 1; and

FIG. 5 is a plot of pharmacokinetic profile in Beagle dogs intranasally administered 30, 150 and 650 $\mu$g/kg body weight of Compound 1.

### DESCRIPTION OF THE PREFERRED EMBODIMENTS (BEST MODES FOR CARRYING OUT THE INVENTION)

In the listing of compounds according to the present invention, the amino acid residues have their conventional meaning as given in Chapter 2400 of the *Manual of Patent Examining Procedure*, 7th Ed. Thus, "Nle" is norleucine; "Asp" is aspartic acid; "His" is histidine; "D-Phe" is D-phenylalanine; "Arg" is arginine; "Trp" is tryptophan; "Lys" is lysine; "Gly" is glycine; "Pro" is proline; "Tyr" is tyrosine, and "Ser" is serine. "Ac" refers to a peptide or amino acid sequence that is acetylated.

The invention provides deamidated $\alpha$-MSH peptides, which are peptides that include the core $\alpha$-MSH sequence His-Phe-Arg-Trp (SEQ ID NO:1), His-D-Phe-Arg-Trp, or

In general, the peptide compounds of this invention may be synthesized by solid-phase synthesis and purified according to methods known in the art. Any of a number of well-known procedures utilizing a variety of resins and reagents may be used to prepare the compounds of this invention.

The peptides of this invention may be in the form of a pharmaceutically acceptable salt. Acid addition salts of the compounds of this invention are prepared in a suitable solvent from the peptide and an excess of an acid, such as hydrochloric, hydrobromic, sulfuric, phosphoric, acetic, trifluoroacetic, maleic, succinic or methanesulfonic. The acetate salt form is especially useful. Where the compounds of this invention include an acidic moiety, suitable pharmaceutically acceptable salts may include alkali metal salts, such as sodium or potassium salts, or alkaline earth metal salts, such as calcium or magnesium salts.

The invention provides a pharmaceutical composition that includes a peptide of this invention and a pharmaceutically acceptable carrier. The carrier may be a liquid formulation, and is preferably a buffered, isotonic, aqueous solution.

US 6,579,968 B1

7

Pharmaceutically acceptable carriers also include excipients, such as diluents, carriers and the like, and additives, such as stabilizing agents, preservatives, solubilizing agents, buffers and the like, as hereafter described.

Routes of Administration. Because, in part, of the increased potency of Compound 1 and the other peptides of this invention, these peptides may be administered by means other than by injection. If it is administered by injection, the injection may be intravenous, subcutaneous, intramuscular, intraperitoneal or other means known in the art. The peptides of this invention may be formulated by any means known in the art, including but not limited to formulation as tablets, capsules, caplets, suspensions, powders, lyophilized preparations, suppositories, ocular drops, skin patches, oral soluble formulations, sprays, aerosols and the like, and may be mixed and formulated with buffers, binders, excipients, stabilizers, anti-oxidants and other agents known in the art. In general, any route of administration by which the peptides of invention are introduced across an epidermal layer of cells may be employed. Administration means may include administration through mucous membranes, buccal administration, oral administration, dermal administration, inhalation administration, nasal administration and the like. The dosage for treatment of male erectile dysfunction is administration, by any of the foregoing means or any other means known in the art, of an amount sufficient to bring about an erection of the penis in a male. The dosage for treatment of female sexual dysfunction is administration, by any of the foregoing means or any other means known in the art, of an amount sufficient to bring about the desired response.

The peptides of this invention may be formulated or compounded into pharmaceutical compositions that include at least one peptide of this invention together with one or more pharmaceutically acceptable carriers, including excipients, such as diluents, carriers and the like, and additives, such as stabilizing agents, preservatives, solubilizing agents, buffers and the like, as may be desired. Formulation excipients may include polyvinylpyrrolidone, gelatin, hydroxy cellulose, acacia, polyethylene glycol, mannitol, sodium chloride or sodium citrate. For injection or other liquid administration formulations, water containing at least one or more buffering constituents is preferred, and stabilizing agents, preservatives and solubilizing agents may also be employed. For solid administration formulations, any of a variety of thickening, filler, bulking and carrier additives may be employed, such as starches, sugars, fatty acids and the like. For topical administration formulations, any of a variety of creams, ointments, gels, lotions and the like may be employed. For most pharmaceutical formulations, non-active ingredients will constitute the greater part, by weight or volume, of the preparation. For pharmaceutical formulations, it is also contemplated that any of a variety of measured-release, slow-release or time-release formulations and additives may be employed, so that the dosage may be formulated so as to effect delivery of a peptide of this invention over a period of time.

In general, the actual quantity of peptides of this invention administered to a patient will vary between fairly wide ranges depending upon the mode of administration, the formulation used, and the response desired.

Nasal or Intrapulmonary Administration. By "nasal administration" is meant any form of intranasal administration of any of the peptides of this invention. The peptides may be in an aqueous solution, such as a solution including saline, citrate or other common excipients or preservatives. The peptides may also be in a dry or powder formulation.

8

In an alternative embodiment, peptides of this invention may be administered directly into the lung. Intrapulmonary administration may be performed by means of a metered dose inhaler, a device allowing self-administration of a metered bolus of a peptide of this invention when actuated by a patient during inspiration.

The peptides of this invention may be formulated with any of a variety of agents that increase effective nasal absorption of drugs, including peptide drugs. These agents should increase nasal absorption without unacceptable damage to the mucosal membrane. U.S. Pat. Nos. 5,693,608, 5,977,070 and 5,908,825, among others, teach a number of pharmaceutical compositions that may be employed, including absorption enhancers, and the teachings of each of the foregoing, and all references and patents cited therein, are incorporated by reference.

If in an aqueous solution, the peptide may be appropriately buffered by means of saline, acetate, phosphate, citrate, acetate or other buffering agents, which may be at any physiologically acceptable pH, generally from about pH 4 to about pH 7. A combination of buffering agents may also be employed, such as phosphate buffered saline, a saline and acetate buffer, and the like. In the case of saline, a 0.9% saline solution may be employed. In the case of acetate, phosphate, citrate, acetate and the like, a 50 mM solution may be employed. In addition to buffering agents, a suitable preservative may be employed, to prevent or limit bacteria and other microbial growth. One such preservative that may be employed is 0.05% benzalkonium chloride.

It is also possible and contemplated that the peptide may be in a dried and particulate form. In a preferred embodiment, the particles are between about 0.5 and 6.0 $\mu m$, such that the particles have sufficient mass to settle on the lung surface, and not be exhaled, but are small enough that they are not deposited on surfaces of the air passages prior to reaching the lung. Any of a variety of different techniques may be used to make dry powder microparticles, including but not limited to micro-milling, spray drying and a quick freeze aerosol followed by lyophilization. With micro-particles, the peptides may be deposited to the deep lung, thereby providing quick and efficient absorption into the bloodstream. Further, with such approach penetration enhancers are not required, as is sometimes the case in transdermal, nasal or oral mucosal delivery routes. Any of a variety of inhalers can be employed, including propellant-based aerosols, nebulizers, single dose dry powder inhalers and multidose dry powder inhalers. Common devices in current use include metered dose inhalers, which are used to deliver medications for the treatment of asthma, chronic obstructive pulmonary disease and the like. Preferred devices include dry powder inhalers, designed to form a cloud or aerosol of fine powder with a particle size that is always less than about 6.0 $\mu m$. One type of dry powder inhaler in current use is Glaxo's Rotahaler™, which dispenses a unit dose of powder into a tube, and employs patient suction for inhalation of the powder. Other, more advanced and preferred dry powder inhalers have been or are in development, which include propellants and the like.

Microparticle size, including mean size distribution, may be controlled by means of the method of making. For micro-milling, the size of the milling head, speed of the rotor, time of processing and the like control the microparticle size. For spray drying, the nozzle size, flow rate, dryer heat and the like control the microparticle size. For making by means of quick freeze aerosol followed by lyophilization, the nozzle size, flow rate, concentration of aerosoled solution and the like control the microparticle size. These

US 6,579,968 B1

9

10

parameters and others may be employed to control the microparticle size.

In one preferred embodiment, a dry powder inhaler is employed which includes a piezoelectric crystal that deaggregates a dry powder dose, creating a small powder "cloud." Once the powder cloud is generated, an electrostatically charged plated above the powder cloud lifts the drug into the air stream. The user with one relatively easy breath can then inhale the powder. The device may be breath activated, utilizing a flow sensor that activates the electronic components upon the start of inhalation, and thereby eliminating the need for coordination of activation and breathing rhythms by the user.

Induction of Penile Response. Both Compound 1 and Melanotan-II induce penile erections in experimental rat models when administered by intravenous routes and by other routes, including nasal administration. However, Compound 1 is approximately 100-fold more potent than Melanotan-II for inducing penile erection in the rat model. In intravenous dosing studies, penile erection was induced by Compound 1 in a broad range of concentrations, from 0.5 to 25 μg/kg of body weight to 25 μg/kg body weight. At intravenous doses of 2 μg/kg of body weight, Compound 1 resulted in penile erection in 100% of rats tested, with approximately 50% of the rats having multiple erections during a 30 minutes observation period. By comparison, the optimal efficacious dose intravenously of Melanotan-II in the same rat model was 100 μg/kg of body weight.

The therapeutic window (the range from the desired therapeutic effect to observed adverse effects) for Compound 1 is on the order of >1,000-fold, compared to a 3- to 4-fold therapeutic window for Melanotan-II. That is, the optimal efficacious dose of Melanotan-II is approximately one-third to one-fourth the dose that causes observed adverse effects. For Compound 1, the optimal efficacious dose is less than one-one thousandth the dose that causes observed adverse effects. The significantly greater therapeutic window for Compound 1 demonstrates that it is better tolerated than Melanotan-II.

The potency of Compound 1 is significantly higher than that of Melanotan-II, meaning that significantly less Compound 1 is required for a desired effect, as compared to Melanotan-II. For example, 2 μg/kg of body weight of Compound 1 resulted in penile response by intravenous injection in rats, while 100 μg/kg of body weight of Melanotan-II was required for an equivalent penile response. The significantly higher potency results in less product being required. It further permits utilization of alternative delivery routes, including dermal, nasal and similar delivery routes, wherein higher quantities of drug may be required in order to achieve the desired effect. For example, intranasal routes of administration typically have a bioavailability substantially less than that achieved with intravenous dosing, and thus more drug must be administered by intranasal routes in order to achieve the equivalent pharmacological response.

Significant commercial advantage for Compound 1 is demonstrated by the reduced effective dose, compared to Melanotan-II, as a treatment or diagnostic for erectile dysfunction. Among the potential commercial advantages of Compound 1 are improved effectiveness; lower costs of the product; improved convenience, particularly in that the lower dose permits non-conventional delivery methods that are not feasible with Melanotan-II doses; and improved safety with a decreased risk of side-effects.

Industrial Applicability.

The invention is further illustrated by the following non-limiting examples.

EXAMPLE 1

Peptide Synthesis

The peptide Ac-Nle-cyclo(-Asp-His-D-Phe-Arg-Trp-Lys)-OH was synthesized by standard solid phase peptide synthesis methods, and is a cyclic heptapeptide melanocortin peptide analog with a free acid at the carboxyl terminus and an acetylated amino group at the amino terminus, with the structure:



The peptide has a net molecular weight of 1025.18, and is supplied in an acetate salt form. The peptide is a white, odorless amorphous hygroscopic powder, soluble in 0.9% saline, composed of $C_{50}H_{68}N_{14}O_{10}$. For synthesis, an Fmoc-Lys(R$^3$)-p-alkoxybenzyl alcohol resin was transferred to a solid phase peptide synthesizer reactor with a mechanical stirrer. The R$^3$ group, such as 1-(1-adamantyl)-1-methyl-ethoxycarbonyl (Adpoc), allyloxycarbonyl (Aloc) or 4-methyltrityl (Mtt), was removed and the next Fmoc-protected amino acid (Fmoc-Trp(Boc)-OH) was added to the resin through standard coupling procedures. The Fmoc protective group was removed and the remaining amino acids added individually in the correct sequence, by repeating coupling and deprotection procedures until the amino acid sequence was completed. After completion of coupling with the last Fmoc-amino acid derivative, Fmoc-Nle-OH, and cleavage of the Fmoc protective group, the exposed terminal amino group was acetylated with acetic anhydride and pyridine in N,N-dimethylformamide (DMF). The peptide-resin was dried and the Lys and Asp protective groups cleaved. The Lys and Asp deprotected peptide resin was suspended in a suitable solvent, such as DMF, dichloromethane (DCM) or 1-methyl-2-pyrrolidone (NMP), a suitable cyclic coupling reagent, such as 2-(1H-benzotriazol-1-yl)-1,1,3,3-tetramethyluronium tetrafluoroborate (TBTU), 2-(7-aza-1H-benzotriazol-1-yl)-1,1,3,3-tetramethyluronium tetrafluoroborate (TATU), 2-(2-oxo-1(2H)-pyridyl)-1,1,3,3-tetramethyluronium tetrafluoroborate (TPTU) or N,N-dicyclohexylcarbodiimide/1-hydroxybenzotriazole (DCCI/HOBt) was added, and coupling initiated by use of a suitable base, such as N,N-diisopropylethylamine (DIPEA), sym-collidine or N-methylmorpholine (NMM). After cyclization, the peptide-resin was washed and the peptide cleaved from the resin and any remaining protective groups using trifluoroacetic acid (TFA) in the presence of water and 1,2-ethanedithiol (EDT). The final product was precipitated by adding cold ether and collected by filtration. Final purification was by reversed phase HPLC using a $C_{18}$ column. The purified peptide was converted to acetate salt by passage through an ion-exchange column.

EXAMPLE 2

Binding of Compound 1 and Melanotan-II to Melanocortin Receptors

The binding of Compound 1, made as in Example 1 above, to selected melanocortin receptors was compared to binding of Melanotan-II. Melanotan-II was also made by conventional peptide synthesis, as generally described in Example 1 above.

Relative binding was determined by competitive inhibition using α-MSH. B16-F1 mouse melanoma cells were used as the source of MC1 receptors; HEK 293 cells, transfected with human melanocortin receptor sequences, were used as the source of MC3, MC4 and MC5 receptors; and Y1 cells were used as the source of MC2 receptors. A

US 6,579,968 B1

| 11 | 12 |

standard competitive binding assay protocol was following, using [125]I-NDP-MSH as the radioligand.

### EXAMPLE 3

Agonist Activity of Compound 1

The agonist activity of Compound 1, made as in Example 1 above, was evaluated by cyclic adenosine 3':5'-cyclic monophosphate (CAMP) detection using a commercially available cAMP kit (R&D Systems, DE0350, low pH). HEK 293 cells, stably transfected with human MC4-R, were used. Compound 1 was evaluated by addition of each to cells both with and without concomitant addition of α-MSH, with α-MSH also used as a positive control. Following incubation, the medium was aspirated and cell layers extracted. The total cAMP accumulation in fixed quantities of cell extract was determined by competitive immunoassay using the cAMP kit. These results are shown on Table 1.

#### TABLE 1

cAMP Concentration (pMol/ml)

| Concentration of Test Compound | Compound 1 | Compound 1 + 100 nM α-MSH | α-MSH | Blank (DMEM) |
|---|---|---|---|---|
| $1 \times 10^{-7}$ M | 270.2 | 180.9 | 107.7 | 8.24 |
| $2.5 \times 10^{-8}$ M | 85.1 | 218.5 | 146.3 | 1.9 |
| $6.25 \times 10^{-9}$ M | 115.6 | 62.6 | 45.0 | 6.5 |
| $1.56 \times 10^{-9}$ M | 17.9 | 245.8 | 107.7 | 0.7 |
| $3.91 \times 10^{-10}$ M | 22.7 | 127.0 | 20.2 | 2.6 |
| $0.98 \times 10^{-10}$ M | 5.8 | 251.8 | 40.0 | 0.5 |

These results demonstrate that Compound 1 exhibits agonist activity to MC4-R.

### EXAMPLE 4

Induction of Penile Erections Using Compound 1 and Melanotan-II

The efficacious dose of Compound 1, made as in Example 1 above, to induce penile erection in Sprague Dawley rats by intravenous dosing was determined. In the rat model of penile erection, the optimal efficacious dose by intravenous administration is 100 μg/kg body weight. Melanotan-II was also made by conventional peptide synthesis, as generally described in Example 1 above. Male Sprague Dawley rats were administered Compound 1, in the indicated dose, Melanotan-II, or a saline negative control, and were observed for erections and side effects, including excessive grooming, yawning, vacuous chewing, hypoactivity, and heaving. It is known that Melanotan-II induces these side effects at doses as low as 300 μg/kg body weight. Table 2 sets forth the results obtained:

#### TABLE 2

Induced Penile Erection in Sprague Dawley Rats by Intravenous Injection

| Drug Administered | Dose (μg/kg) | % Rats with Penile Erection | Number of Erections/Rat/ 30 Minutes |
|---|---|---|---|
| Compound 1 | 0.5 | 50% | 0.5 |
| Compound 1 | 0.75 | 50% | 0.5 |
| Compound 1 | 1.0 | 100% | 1.0 |
| Compound 1 | 2.0 | 100% | 2.0 |
| Compound 1 | 5.0 | 100% | 1.8 |
| Compound 1 | 10.0 | 100% | 2.5 |
| Compound 1 | 25.0 | 50% | 0.5 |
| Melanotan-II | 10.0 | 17% | 0.5 |

#### TABLE 2-continued

Induced Penile Erection in Sprague Dawley Rats by Intravenous Injection

| Drug Administered | Dose (μg/kg) | % Rats with Penile Erection | Number of Erections/Rat/ 30 Minutes |
|---|---|---|---|
| Melanotan-II | 100.0 | 75% | 1.0 |
| Saline (Negative Control) | N/A | 0% | 0 |

Two to four rats were observed in each group, with observation over a one-half hour period following administration. No adverse side effects were observed in any rat administered Compound 1. In this and comparable experiments, it was observed that Compound 1 was efficacious at doses as low as 1 μg/kg of body weight when administered by intravenous injection, with efficacy determined by induction of penile erection in 100% of animals administered Compound 1. The comparable efficacious dose of Melanotan-II, with efficacy also determined by induction of penile erection in 100% of animals, was at least approximately 100 μg/kg body weight. This resulted in the unexpected conclusion that Compound 1 was at least approximately 50-fold more potent for inducing erection in a rat model when administered by intravenous injection than is Melanotan-II. In other studies, no adverse side effects, including excessive grooming, yawning, vacuous chewing, hypoactivity, or heaving, were observed on administration of intravenous doses of Compound 1 as high as 3,000 μg/kg body weight.

### EXAMPLE 5

Pharmacokinetics in Rats Following IV Administration of Compound 1

A sensitive bioassay, based on high affinity binding to MCRs, was used to monitor plasma levels of Compound 1 in dosed rats. Rats were dosed intravenously with 100 μg/kg of Compound 1. A bi-phasic pharmacokinetic profile resulted, as shown in FIG. 1.

### EXAMPLE 6

Pre-Formulation Studies for Nasal Delivery

A series of pre-formulation studies for nasal delivery were conducted. This study shows the stability of the peptide Ac-Nle-cyclo(-Asp-His-D-Phe-Arg-Trp-Lys)-OH, at a concentration of 0.825 mg/mL, over a period of twelve weeks, with storage at 40° C.

### EXAMPLE 7

Formulations for Nasal Delivery

Based on the pre-formulation study of Example 6, two formulations were prepared. For the first, the peptide Ac-Nle-cyclo(-Asp-His-D-Phe-Arg-Trp-Lys)-OH was dissolved in a 0.9% saline solution, pH approximately 6.0, at a concentration of 0.825 mg per mL of solution (Nasal Formulation 1).

### EXAMPLE 8

Inhibition of Compound 1 Using Melanocortin Antagonist

The effect of a nonselective melanocortin antagonist, SHU9119 (Hruby V J, Lu D, Sharma S D, et al. J Med Chem 38:3454–3461 (1995)), Ac-Nle-cyclo(-Asp-His-D-Nal(2')-Arg-Trp-Lys)-NH₂, to inhibit induction of penile erection with Compound 1 was studied. A group of four Sprague Dawley rats were administered 5 μg/kg of SHU9119 by intravenous administration, and five minutes later 25 or 50 μg/kg of Compound 1 in Nasal Formulation 1 was administered by nasal administration. No erections were observed

US 6,579,968 B1

13

in the rats over the one-half hour observation period. No erections were observed in rats administered a saline control by nasal administration. In control groups, 100% of the rats administered the same dose of Compound 1 by the same route of administration, but without pre-administration of SHU9119, had observed erections. FIG. 4 shows the number of penile erections per rat during the initial 30 minute period post-administration; as shown for the 25 μg/kg level, no penile erections were observed with pre-administration of SHU9119.

### EXAMPLE 9
Nasal Administration to Cynomolgus Monkeys

Nasal Formulation I of Example 6 was administered to cynomolgus monkeys by nasal spray, at a dose of approximately 50 μg per kg of body weight. In a related cardiovascular safety study using cynomolgus monkeys with intranasal administration of Nasal Formulation 1, an erection lasting approximately one hour was observed in one of four monkeys.

### EXAMPLE 10
Pharmacokinetic Profiles Following Administration to Cynomolgus Monkeys

A sensitive radioimmunoassay was used to monitor plasma levels of Compound 1 in cynomolgus monkeys. Monkeys were dosed intravenously with 50 μg/kg of Compound 1. A bi-phasic pharmacokinetic profile resulted, as shown in FIG. 2. Selected monkeys were intranasally administered 50 μg/kg of Compound 1 in Nasal Formulation 1, and the resulting pharmacokinetic profile is shown in FIG. 3.

### EXAMPLE 11
Nasal Administration Dosing Study in Rats

In another series of experiments, a dosing study was conducted in rats by nasal administration of from 15 μg per kg of body weight to 1500 μg per kg of body weight, using Nasal Formulation 1. Based on penile erectile response behavior, the peptide was efficacious at all dose amounts administered, and particularly from 25 μg/kg to 75 μg/kg, with pharacologic effect observed over the range from 15 μg/kg to 1500 μg/kg. In addition, the response rate and side effects differed significantly from those demonstrated with nasal administration of Melanotan-II. With nasal administration of the peptide of Melanotan-II, the penile erection response was primarily in the 2nd and 3rd ten-minute period, while with Nasal Formulation I the penile erection response was primarily in the 1st and 2nd ten-minute period. Additionally, no adverse side effects were detected at any dosage level with Nasal Formulation 1, while adverse side effects were seen with administration of higher doses of the peptide of Melanotan-II. Table 3 sets forth the comparative data:

TABLE 3

Induced Penile Erection in Sprague Dawley Rats by Intranasal Administration

| Drug Administered | Dose (μg/kg) | % Rats with Penile Erection | Number of Erections/Rat/ 30 Minutes |
|---|---|---|---|
| Compound 1 | 15 | 50% | 0.5 |
| Compound 1 | 25 | 100% | 2.0 |
| Compound 1 | 37 | 100% | 2.0 |
| Compound 1 | 50 | 100% | 2.0 |

14

TABLE 3-continued

Induced Penile Erection in Sprague Dawley Rats by Intranasal Administration

| Drug Administered | Dose (μg/kg) | % Rats with Penile Erection | Number of Erections/Rat/ 30 Minutes |
|---|---|---|---|
| Compound 1 | 75 | 100% | 2.5 |
| Compound 1 | 500 | 100% | 1.5 |
| Compound 1 | 1000 | 100% | 1.5 |
| Compound 1 | 1500 | 50% | 0.5 |
| Melanotan-II | 100 | 25% | 0.25 |
| Melanotan-II | 500 | 100% | 1.0 |
| Saline (Negative Control) | N/A | 0% | 0 |

### EXAMPLE 12
Pharmacokinetic Profiles Following Administration to Beagle Dogs

A sensitive bioassay, based on high affinity binding to melanocortin receptors, was used to monitor plasma levels of Compound 1 in Beagle dogs. The dogs were administered 0 (control), 30, 150 or 650 μg/kg of Compound 1 in Nasal Formulation 1 by nasal administration. The pharmacokinetic profile through four hours post-administration is shown in FIG. 5.

### EXAMPLE 13
Administration For Treatment of Male Erectile Dysfunction

For treatment of male erectile dysfunction in human males with psychogenic erectile dysfunction, Compound 1 in a nasal formulation is administered by means of a nasal administration metered dose device. The device dispenses a 100 μL spray volume, and is administered by the patient into a single nostril. If desired, erectile response is measured using an appropriate device, such as a Rigiscan (Dacomed).

### EXAMPLE 14
Administration for Treatment of Female Sexual Dysfunction

For treatment of female sexual dysfunction in human females with psychogenic sexual dysfunction, Compound 1 in a nasal formulation is administered by means of a nasal administration metered dose device. The device dispenses a 100 μL spray volume, and is administered by the patient into a single nostril.

The preceding examples can be repeated with similar success by substituting the generically or specifically described reactants and/or operating conditions of this invention for those used in the preceding examples.

Although the invention has been described in detail with particular reference to these preferred embodiments, other embodiments can achieve the same results. Variations and modifications of the present invention will be obvious to those skilled in the art and it is intended to cover in the appended claims all such modifications and equivalents. The entire disclosures of all references, applications, patents, and publications cited above are hereby incorporated by reference.

US 6,579,968 B1

15                  16

SEQUENCE LISTING

```
<160> NUMBER OF SEQ ID NOS:  1

<210> SEQ ID NO 1
<211> LENGTH: 4
<212> TYPE: PRT
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Description of Artificial
      Sequence:alpha-melanocyte-stimulation hormone
      tetrapeptide core sequence

<400> SEQUENCE: 1

His Phe Arg Trp
  1
```

What is claimed is:

1. A peptide selected from the group consisting of Ac-Nle-cyclo(-Asp-His-D-Phe-Arg-Trp-Lys)-OH and pharmaceutically acceptable salts of Ac-Nle-cyclo(-Asp-His-D-Phe-Arg-Trp-Lys)-OH.

2. The peptide of claim 1, consisting of the sequence Ac-Nle-cyclo(-Asp-His-D-Phe-Arg-Trp-Lys)-OH.

3. A composition of matter, comprising a peptide and a pharmaceutically acceptable carrier, said peptide selected from the group consisting of Ac-Nle-cyclo(-Asp-His-D-Phe-Arg-Trp-Lys)-OH and pharmaceutically acceptable salts of Ac-Nle-cyclo(-Asp-His-D-Phe-Arg-Trp-Lys)-OH.

4. The composition of matter of claim 3, wherein the peptide consists of the sequence Ac-Nle-cyclo(-Asp-His-D-Phe-Arg-Trp-Lys)-OH.

5. The composition of matter of claim 3, wherein the pharmaceutically acceptable carrier is a buffered aqueous carrier.

6. A pharmaceutical composition for stimulating sexual response in a mammal, comprising a peptide and a pharmaceutically acceptable carrier, said peptide selected from the group consisting of Ac-Nle-cyclo(-Asp-His-D-Phe-Arg-Trp-Lys)-OH and pharmaceutically acceptable salts of Ac-Nle-cyclo(-Asp-His-D-Phe-Arg-Trp-Lys)-OH.

7. The pharmaceutical composition of matter of claim 6, wherein the peptide consists of the sequence Ac-Nle-cyclo(-Asp-His-D-Phe-Arg-Trp-Lys)-OH.

* * * * *

PROFILE IN RATS INTRAVENOUSLY ADMINISTERED



**FIG. 1**

PROFILE IN MONKEYS INTRAVENOUSLY ADMINISTERED



FIG. 2

PROFILE IN MONKEYS INTRANASALLY ADMINISTERED



FIG. 3



FIG. 4



**COMPOUND 1 PLASMA LEVELS IN BEAGLE DOGS.**

**DAY 1 (Intranasal)**

**FIG. 5**

Exhibit C-3_E: Sample Webpages on PT-141 and MTII
(www.wikipedia.com).

# PT-141

From Wikipedia, the free encyclopedia.

PT-141 is a new medication for use in treating sexual dysfunction in men (erectile dysfunction or impotence) as well as sexual dysfunction in women (sexual arousal disorder). It seems to be the first real aphrodisiac. Unlike Viagra and other related medications, it does not act upon the vascular system, but directly increases sexual desire. PT-141 is a spray introduced nasally.



Chemical structure of PT-141

Originally, the compound Melanotan II that PT-141 was developed from was tested as a sunless tanning agent. Melanotan II did induce tanning, accompanied by sexual arousal and spontaneous erections for male volunteers as unexpected side effects. In clinical studies, PT-141 has been shown to be effective in treating male erectile dysfunction and female sexual dysfunction. It is produced by Palatin Technologies.

PT-141 is a cyclic hepta-peptide lactam analog of alpha-melanocyte-stimulating hormone (alpha-MSH) that activates the melanocortin receptors MC3-R and MC4-R in the central nervous system. It has the amino acid sequence Ac-Nle-*cyclo*[Asp-His-D-Phe-Arg-Trp-Lys]-OH or *cyclo*-[Nle$^4$, Asp$^5$, D-Phe$^7$, Lys$^{10}$]alpha-MSH-(4-10). PT-141 is a metabolite of Melanotan II that lacks the C-terminal amide function.

# External links

- Palatin Technologies (http://www.palatin.com/products/pt141/overview.asp) The company that has developed PT-141.
- US 6,579,968 (http://www.pharmcast.com/Patents/Yr2003/Jun2003/061703/6579968_Sexual061703.htm) PT-141 patent
- Melanotan.org (http://www.melanotan.org/)
- Proc. Nat. Acad. Sci 101: 10201 (2004) (http://dx.doi.org/10.1073/pnas.0400491101) A scientific study with female rats.
- Review article (http://gluecksforschung.de/PT-141.htm) (in German).

Retrieved from "http://en.wikipedia.org/wiki/PT-141"

Categories: Pharmacologic agents | Sexual health

- This page was last modified 17:54, 5 July 2005.
- All text is available under the terms of the GNU Free Documentation License (see **Copyrights** for details).

# Melanotan II

Melanotan II has aphrodisiac
properties. It is a cyclic lactam analog
of alpha-MSH with the amino acid
sequence



Chemical structure of Melanotan II

Ac-Nle-*cyclo*[Asp-His-D-Phe-Arg-Trp-Lys]-NH2. Palatin Technologies of New Jersey has
developed another hormone targeted towards Sexual dysfunction based upon melanontan II
which they call PT-141. PT-141 is a metabolite of melanotan II that lacks the C-terminal
amide function. PT-141 and is currently in clinical trials to treat erectile dysfunction and
sexual arousal disorder.

# External links

- EpiTan (http://www.epitan.com.au/)
- Melanotan.org (http://www.melanotan.org/)

Retrieved from "http://en.wikipedia.org/wiki/Melanotan"

- This page was last modified 21:56, 1 September 2005.
- All text is available under the terms of the GNU Free
  Documentation License (see **Copyrights** for details).

9/17/2005 10:48 AM

Exhibit C-3-F: paper by JG Pfaus et al., entitled "Selective facilitation of sexual solicitation in the female rat by a melanocortin receptor agonist" (Proc. Natl. Acad. Sci. July, 2004, comment in  J. Urol, 2005).



NCBI    PubMed    National Library of Medicine NLM

All Databases    PubMed    Nucleotide    Protein    Genome    Structure    OMIM    PMC    Journals

Search PubMed for [Sign In] [

About Entrez    Limits    Preview/Index    History    Clipboard    Details

Display Abstract    Show 20    Sort by    Send to

Text Version    **All: 1**    Review: 0

Entrez
PubMed
Overview
Help | FAQ
Tutorial
New/Noteworthy
E-Utilities

PubMed
Services
Journals
Database
MeSH Database
Single Citation
Matcher
Batch Citation
Matcher
Clinical Queries
Special Queries
LinkOut

My NCBI
(Cubby)

Related
Resources
Order
Documents
NLM Mobile
NLM Catalog
NLM Gateway
TOXNET
Consumer
Health
Clinical Alerts
ClinicalTrials.gov
PubMed Central

1: Proc Natl Acad Sci U S A. 2004 Jul 6;101(27):10201-4. Epub 2004 Jun 28.

Related Articles,
Links

Comment in:
• J Urol. 2005 Apr;173(4):1279-80.

FREE Full Text Article at www.pnas.org    FREE Full text article in PubMed Central

## Selective facilitation of sexual solicitation in the female rat by a melanocortin receptor agonist.

Pfaus JG, Shadiack A, Van Soest T, Tse M, Molinoff P.

Center for Studies in Behavioral Neurobiology, Department of Psychology, Concordia University, Montreal, QC, Canada H4B 1R6. pfaus@csbn.concordia.ca

Disorders of sexual desire affect an estimated 30% of women in North America and Europe, with etiologies based on interpersonal, personal, and physiological factors. There are currently no pharmacological agents approved for use in the treatment of female sexual dysfunction. This is due, in part, to a focus on the effects of experimental drugs on reflexive components of sexual behavior, such as lordosis, in animal models. Here we report that PT-141, a peptide analogue of alpha-melanocyte-stimulating hormone that binds to central melanocortin receptors, selectively stimulates solicitational behaviors in the female rat. This occurs without affecting lordosis, pacing, or other sexual behaviors. PT-141 did not cause generalized motor activation, nor did it affect the perception of sexual reward. A selective pharmacological effect on appetitive sexual behavior in female rats has not been reported previously, and indicates that central melanocortin systems are important in the regulation of female sexual desire. Accordingly, PT-141 may be the first identified pharmacological agent with the capability to treat

female sexual desire disorders.

PMID: 15226502 [PubMed - indexed for MEDLINE]

Display | Abstract        Show | 20    Sort by    Send to

Write to the Help Desk
NCBI | NLM | NIH
Department of Health & Human Services
Privacy Statement | Freedom of Information Act | Disclaimer

Sep 9 2005 04:38:00

Exhibit 3-C-G: An Example of Off-Patent Chinese Sources of PT-141 Available from the Internet - Paid Advertisement Linked to Google Search of "PT-141"

¡¡Home ¡¡¡About Us¡¡¡¡¡Technical Resources¡¡¡¡¡Plant¡¡¡¡¡Q&C¡¡¡¡Cor

## Search

Please input key words

### Catalog Products

| ¡¡Raw Peptides |
| ¡¡Generic Peptides |
| ¡¡Amino Acid Derivatives |
| ¡¡Preloaded Resins |
| ¡¡Labeling Reagents |
| ¡¡Coupling Reagents |
| ¡¡Protecting Reagents |
| ¡¡Cross Linkers¡¡¡¡ |

### Customer Synthesis

| ¡¡Peptide and Modification |
| ¡¡PNA(Peptide Nucleic Acid) |
| ¡¡Organic Synthesis |
| ¡¡Phytochemistry |

## CATALOG

¡¡ *Local >Generic Peptides>>¡Á-MSH>>>PT-141*

| ¡¡Product Name | ¡¡PT-141 |
|---|---|
| ¡¡Catalog No. | ¡¡PP0026 |
| ¡¡Molecular Formula | ¡¡$C_{50}H_{69}N_{14}O_{10}$ |
| ¡¡Molecular Weight | ¡¡1025 |
| ¡¡Sequence | ¡¡Ac-Nle-cyclo[Asp-His-DPhe-Arg-Trp-Lys]-OH |
| ¡¡Purity | ¡¡>98%(HPLC) |
| ¡¡More information | ¡¡We can make this special peptide for your resea other use.The bioactivity showed that this peptide work well. |

### Contact Information

**Address:**

¡¡D-11, Flat A, Building 1#,

¡¡Hi-Tech Incubation Park,

¡¡Nanyanxian, Tianfudadao

¡¡Chengdu, 610041, China

¡¡Tel: 86-28-85336232

¡¡Fax: 86-28-85335312

¡¡Email: sales@biopna.com

¡¡Technical support:

¡¡¡¡¡¡¡pna@biopna.com

Copyright (C) 2002-2005 Chengdu CP Biochem Co.,Ltd All Rights Reserved

Exhibit C-3-H: Contact Information for Researchers and
Chronology of Publications and Events.

PRIMARY RESEARCHERS CONTACT INFORMATION

AND CHRONOLOGY OF PUBLICATIONS


Al-Obeidi, Fahad: [Graduate student of Victor Hruby at U. Arizona, who with Mac Hadley and Hruby first synthesized MTII during development of MTI.]


Blood, Christine H.: [Morristown, N.J., Developer of Compound I, superpotent orally active successor to MTII (PT-141), granted patent #6,579,968 assigned to Palatin Technologies, Inc. for compositions and methods for treatment of sexual dysfunction, with Annette M. Shadiak (Somerset, NJ), Joanna K. Bernstein (North Brunswick, NJ), Guy H. Herbert (Metuchen, NJ).]


Diamond, LE: [Palatin Technologies, Inc. Cranbury, NJ 08512 (ldiamond@palatin.com). Coauthor with DC Earle, WD Garcia, C Spana, RC Rosen, AM Shadiak, PB Molinoff.]


Dorr, Robert T: [College of Medicine, Pharmacology Department, U. Arizona, Tucson, AZ 85719. Coauthor with N. Levine, V. Hruby and M Hadley. Did pilot phase I study on MTII.]


Hackett, John: [Departments of Anesthesiology and Pharmacology, University of Arizona College of Medicine, Tucson, Arizona 85719. Coauthor with Hunter Wessells, Victor

J. Hruby, Guoxia Han, Preeti Balse-Srinivasan, Todd W. Vanderah]

Hadley, Mac E.: [Department of Cell Biology and Anatomy, University of Arizona, College of Medicine, Tucson, AZ 85724-5044 (seastman@u.arizona.edu) 504-624-3094, hm. 1921 Calle Campana de Plata, Tucson, AZ 85745]

Haskell-Leuvano, Carrie: [Department of Medicinal Chemistry, University of Florida, Gainesville, Florida 32610-0485. Coauthor with Mac Hadley.]

Hedlund, P: [Department of Clinical Pharmacology, University of Lund, F-blocket, Universitetssjukhuset, 22185 Lund, Sweden (peter.hedlund@klinfarm.lu.se). [Reviewer of PT-141 in Curr Opin Investig Drugs, 2004 Apr 5(4):456-62.
[PT-141, "a synthetically modified analog of PT-14"]

Hruby, Victor J.: Department of Chemistry, University of Arizona, Tucson, AZ 85721. First synthesized MTI and MTII with his student F. Al-Obeidi and Mac Hadley. Coauthor with Hunter Wessels, John Hackett, Guoxia Han, Preeti Balse-Srinivasan, Todd W. Vanderah, F. Al-Obeidi, Mac Hadley.]

Molinoff, Perry B.: [Vice-Provost for Research, U Penn, 3401 Walnut St., Phildelphia, PA 19104; coauthor with JG Pfaus, AM Shadiak, T Van Soest, M Tse.]

Palatin Technologies, Inc. [Email cited by Hadley in Peptides (2005) (palatin@aol.com).]

Pfaus, J.G.: [Center for Studies in Behavioral Neurobiology, Department of Psychology, Concordia University, Montreal, QC, Canada H4B 1R6. (jim.pfaus@concordia.ca and pfaus@csbn.concordia.ca). Coauthor with AM Shadiak, T Van Soest, M Tse, P Molinoff.]

Rosen, RC: Department of Psychiatry, University of Medicine and Dentistry of New Jersey, Robert Wood Johnson Medical School, 675 Hoes Lane, Piscataway, NJ 08544-5653. (rosen@umdnj.edu); Coauthor with LE Diamond, DC Earle, AM Shadiak, PB Molinoff]

Shadiak, Annette M. [Somerset, NJ, and Palatin Technologies, Inc. 4-C Cedar Brook Drive, Cedar Brook Corporate Center, Cranbury, NJ 08512 609-495-2207, fax 609-495-2202 (ashadiak@palatin.com). Coauthor of Compound I patent with Christine Blood, coauthor with JC Pfaus, RC Rosen, LE Diamond, DC Earle, PB Molinoff, T Van Soest, M Tse, CY Quon.]

Slusher, Stephen A. [Peacock, Myers & Adams, PC, attorneys that represented Christine Blood's patent application for Palatin Technologies.]

Spana, Carl: [CEO Palatin Technologies, Inc., 103 Carnegie Center, Suite 200, Princeton, NJ 08540, 609-520-1911.]

Wessels, Hunter: [Department of Urology, University of Washington School of Medicine, Seattle, Washington 98195 (wessells@u.washington.edu, 206-731-3205, fax 206-731-4709). Chief developer of Melanotan II. Coauthor with Victor J. Hruby, John Hackett, Guoxia Han, Preeti Balse-Srinivasan, Todd W. Vanderah.]

Watson, James: [Cold Spring Harbor Laboratory, 1 Bungtown Rd., Cold Sping Harbor, NY 11724 (gradschool@cshl.edu) 516-367-6890. Nobel Laurate, involvement with MTII discussed in the British Medical Journal.]

CHRONOLOGY OF PUBLICATIONS:

1987: September, 1987 patent by Geiger at al. (#4696913).

1989: F. Al-Obeidi, AM Castrucci, ME Hadley and VJ Hruby, "Potent and prolonged acting cyclic lactam analogues of alpha-melanotropin: design based on molecular dynamics, J Med Chem 32 (1989), pp 2555-2561. [first synthesis of MTII]

1989: F. Al-Obeidi, ME Hadley, BM Pettitt, VJ Hruby, "Design of a new class of superpotent cyclic alpha-melanotropins based on quenched dynamic stimulations, JACS 111 (1989), pp.

3413-3416.

1994: E.-L. Lan, S.O. Ugwu, J. Blanchard, X. Fang, V.J. Hruby
and S. Sharma. "Preformulation Studies with Melatonin-II: A
Potential Skin Cancer Chemopreventative Peptide", J. Pharm.
Sci., 83, 1081-1084 (1994).

1995: Hruby, V.J., et al., "Cyclic Lactam alpha-melanocyte-
stimulating Hormone-(4-10)-NH.sub.2 with bulky aromatic amino
acids at position 7 show high antagonist potency and
selectivity at specific melanocortin receptors", Journal of
Medicinal Chemisty, vol. 38, No. 18:3454-61 (1995).

1996: November, 1996 patent by Hadley (#5576290).

1996: Hadley, M.E. et al., "Melanocortin Receptors:
Identification and Characterization by Melanotropic Peptide
Agonists and Antagonists," Pigment Cell res., vol. 9:213-34
(1996).

1996: Dorr RT, Lines RR, Levine, N, Brooks, C, Xiang, L,
Hruby, VJ, Hadley, ME: Evaluation of Melanotan II, A
Superpotent Cyclic Melantotopic Peptide in a Pilot Phase-I
Clinical Study, Life Sciences, Vol. 58, No. 20:1777-1784,
1996.

1997: October, 1997 patent by Hruby at al. (#5674839).

EXHIBIT B: 16 November 2005 Reply from DEA

**U. S. Department of Justice**
Drug Enforcement Administration

**RECEIVED**

NOV 2 1 2005

*www.dea.gov*

Washington, D.C. 20537

**RORK LAW OFFICE**

NOV 1 6 2005

Mr. William K. Rork
Rork Law Office
1321 SW Topeka Boulevard
Topeka, Kansas 66612-1816

Dear Mr. Rork:

Reference is made to your correspondence dated September 9, 2005, in which you provided an affidavit from a Mr. William Leonard Pickard in support of emergency scheduling under the Controlled Substance Act (CSA) a substance referred to as PT-141. This substance is a synthetic peptide analogue of alpha-melanocyte-stimulating hormone. The Drug Enforcement Administration does not have any means available to administratively schedule PT-141 under the CSA.

I recommend that you send your client's concerns regarding PT-141 to the Food and Drug Administration (FDA) as they will ultimately determine if this substance warrants marketing in the United States.

Sincerely,

Christine A. Sannerud, Ph.D., Chief
Drug and Chemical Evaluation Section
Office of Diversion Control