*UNITED STATES DISTRICT COURT*
*FOR THE DISTRICT OF COLUMBIA*

**KENNETH W. JOHNSON**

        Plaintiff(s)

        vs.           Civil Case No: **06-022(RWR)**

**STACEY LEWIS, et al.**

        Defendant(s)

## NOTICE REGARDING BULKY DOCUMENT

Pursuant to the procedures for filing documents electronically. This Notice serves as notification of bulky document, has been filed in paper form in the Clerk's Office. It is available for public viewing and copying between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday.

        **NANCY MAYER-WHITTINGTON**

        Clerk