William Leonard Pickard
13777 Air Expressway Blvd.
POB 5500
Adelanto, CA 92301
in propria persona

**RECEIVED**

OCT **1 6** 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## UNITED STATES DISTRICT COURT

## DISTRICT OF COLUMBIA

WILLIAM LEONARD PICKARD
      Plaintiff

v.

MICHAEL O. LEAVITT
in his official capacity as
Secretary of Health and Human Services
200 Independence Avenue, S.W.
Washington, D.C. 20201

ANDREW VON ESCHENBACH, M.D.
in his official capacity as
Acting Commissioner of the
Food and Drug Administration
5600 Fishers Lane
Rockville, Maryland 20857

ALBERTO GONZALES
in his official capacity as
Attorney General of the
Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530

KARIN TANDY
in her official capacity as
Administrator of the
Drug Enforcement Administration
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530
      Defendants

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Civil Case No. 06cv1043 (RJL)

**PROOF OF SERVICE
OF SUMMONS**

COMES NOW, Plaintiff William Leonard Pickard, proceeding in propria persona, and brings this proof of service of summons pursuant to F.R.Civ.P. Rule 4(1). Plaintiff submitss this proof of service of summons and complaint upon the United States Attorney for the District of Columbia, the Attorney General of the United States, the Secretary of Health and Human Services, the Acting Commissioner of the Food and Drug Administration, and the Administrator of the Drug Enforcement Administration. Attached is an affidavit of the individual effecting Service (Exhibit 1), along with copies of the summons and returns of service (Exhibit 2).

WHEREFORE, Plaintiff submits proof of service upon Defendants.

Respectfully submitted.

William Leonard Pickard
POB 5500
Adelanto, CA 92301
in propria persona

Date: 30 September 2006

EXHIBIT 1

## AFFIDAVIT OF DANNY JOSEPH FABRICANT

I, Danny Joseph Fabricant, being duly sworn, depose and state:

1 ) My name is Danny Joseph Fabricant. I am over 18 years of age and not a party to this action  I reside at 13777 Air Expressway Blvd  in Adelanto, California 92301. I am fully compentent to make this affidavit and I have personal knowledge of the facts stated in this affidavit. To my knowledge, all of the facts stated herein are true and correct

2.) On 23 August 2006, I served the summons and complaint on the United States Attorney for the District of Columbia, the Attorney General of the United States, the Secretary of Health and Human Services, the Acting Commissioner of the Food and Drug Administration, and the Administrator of the Drug Enforcement Administration, by personally mailing via certified mail true and correct copies of those documents to the aforementioned individuals.

I declare under penalty of perjury that the foregoing is true and correct

I signed this affidavit at Adelanto, California on 28 August 2006

(signed)

Danny Joseph Fabricant
POB 5500
Adelanto, CA 92301

EXHIBIT 2

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### District of Columbia

SUMMONS IN A CIVIL CASE

PICKARD    V.    LEAVITT ET AL.

CASE NUMBER:    1:06CV01043 (RJL)

TO: (Name and address of Defendant)

United States Attorney
U.S. Courthouse
333 Constitution Ave.. N.W.
Washington. D.C. 20001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

William Leonard Pickard
POB 5500
Adelanto, CA 92301

an answer to the complaint which is served on you with this summons, within _____ 60 _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON

JUL 2 5 2006

CLERK                                        DATE

(BY) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE | 23 August 2006 |
| NAME OF SERVER (PRINT) D Fabucini | TITLE | MM |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): _certmail_ _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL N/A |

### DECLARATION OF SERVER

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   23 August 2006       _____
             Date              Signature of Server

                   PO box Adelanto PA 92301
                   Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

**SUMMONS IN A CIVIL CASE**

PICKARD    V.    LEAVITT ET AL.

CASE NUMBER:    1:06CV1043 (RJL)

TO: (Name and address of Defendant)

Michael O. Leavitt
Secretary of Health and Human Services
2000 Independence Ave. SW
Washington, D.C. 20201

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

William Leonard Pickard
POB 5500
Adelanto, CA 92301

an answer to the complaint which is served on you with this summons, within _____ 60 _____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this
Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                         JUL 2 6 2006

CLERK                                            DATE

_Jackie Frazier_

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | **DATE** 23 August 2006 | |
| NAME OF SERVER *(PRINT)* D Fabruin | **TITLE** Asst | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

☑ Other (specify): cea-mail _____

_____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL N/A |

| DECLARATION OF SERVER |
|---|
| I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct. |

Executed on  23 August 2006 _____
　　　　　　　Date　　　　　　　　Signature of Server

POB 5500 Adelina CA 92301
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

**SUMMONS IN A CIVIL CASE**

PICKARD    V.    LEAVITT ET AL.

CASE NUMBER:  1:06CV01043 (RJL)

TO: (Name and address of Defendant)

> Andrew von Eschenbach, M.D.
> Acting Commissioner FDA
> 5600 Fishers Lane
> Rockville, MD 20857

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

> William Leonard Pickard
> POB 5500
> Adelanto, CA 92301

an answer to the complaint which is served on you with this summons, within _____ 60 _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                                        JUL 2 6 2006

CLERK                                                          DATE

_Jackie Frazier_

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE ~~July~~  23 August 2006 | |
| NAME OF SERVER *(PRINT)* Danny Fabrican | TITLE 18? | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): _cert. mail_ _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL N/A |

| DECLARATION OF SERVER |
|---|
| I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct. |

Executed on  23 August 2006        _____
              Date              Signature of Server

                    PO Box 5500 Adelanto, CA 92301
                    Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

**SUMMONS IN A CIVIL CASE**

PICKARD    v.    LEAVITT ET AL.

CASE NUMBER:    1:06CV01043  (RJL)

TO: (Name and address of Defendant)

Alberto Gonzales
Attorney General
950 Pennsylvania Ave. N.W.
Washington, D.C. 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

William Leonard Pickard
POB 5500
Adelanto, CA 92301

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                              JUL 2 6 2006

CLERK                                                          DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE | 23 Agust 2006 |
| NAME OF SERVER *(PRINT)* D Fabinini | TITLE | Assi. |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

_____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☑ Other (specify): _cer-ms._/_____

_____

_____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL _n/a_ |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 23 August 2006 _____
　　　　　　　Date　　　　　　　Signature of Server

P.O.B. sscc Adelanin. CA 92301
　　　　Address of Server

_____
(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

**SUMMONS IN A CIVIL CASE**

PICKARD    V.   LEAVITT ET AL.

CASE NUMBER:    1:06CV01043 (RJL)

TO: (Name and address of Defendant)

      Karin Tandy
      DEA Administrator
      950 Pennsylvania Ave., N.W.
      Washington, D.C. 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

      William Leonard Pickard
      POB 5500
      Adelanto, CA 92301

an answer to the complaint which is served on you with this summons, within _____ 60 _____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this
Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON

JUL 2 6 2006

CLERK

DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 23 August 2006 |
| NAME OF SERVER *(PRINT)* D. Fabricius | TITLE 1st |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

☑ Other (specify): Cert mail

_____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL N/A |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   23 AUGUST 2006         _____
                    Date                Signature of Server


            PoB 5500 Adelanto, CA 92301
            *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.



U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

WASHINGTON, DC 20001

| | | 0204 |
| Postage | $ $6.05 | 03 |
| Certified Fee | $2.40 | Postmark Here |
| Return Receipt Fee (Endorsement Required) | $0.00 | |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $ $8.45 | 08/23/2006 |

Sent To USA US Goodwood
Street, Apt. No.; 733 East
or PO Box No. Wash DC 70001
City, State, ZIP+4

7005 2570 0000 2554 7776







**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | $6.05 |
| Certified Fee | | $2.40 |
| Return Receipt Fee (Endorsement Required) | | $0.00 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $8.45 |

Postmark Here

08/23/2006

Sent To: Alberto Gonzales AG

Street, Apt. No.; or PO Box No. 950 Pennsylvania Ave (W)

City, State, ZIP+4 Washington DC 20530

7005 2570 0000 2554 6738



U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

WASHINGTON, DC 20530

| Postage | $ | $6.05 | 0204 |
| Certified Fee | | $2.40 | 03 |
| Return Receipt Fee (Endorsement Required) | | $0.00 | Postmark Here 2007 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 | |
| Total Postage & Fees | $ | $8.45 | 08/23/2006 |

Sent To  Kenny Trould, DEA Admin
Street, Apt. No.;  956. Pennsylvania Ave NW;
or PO Box No.
City, State, ZIP+4  Wash. DC 20535

7005 2570 0000 2554 7252

## CERTIFICATE OF SERVICE

I hereby certify that on the $\underline{3o}$ of September, 2006, I placed three (3) copies of the attached PROOF OF SERVICE OF SUMMONS postage prepaid in institutional mail at Adelanto, California addressed to the Clerk of the Court, United States District Court for the District of Columbia, 333 Consttitution Ave., Washington, D C.; and one (1) copy each to the United States Attorney at the same address; Michael O. Leavitt, Secretary of Health and Human Services, 200 Independence Ave.,m S.W., Washington, D.C. 20201; Andrew von Eschenbach, M.D., Acting Commissioner of the Food and Drug Administration, 5600 Fishers Lane, Rockville, Maryland 20857; Alberto Gonzales, Attorney General, 950 Pennsylvania Ave., N.W., Washington, D.C. 20530; and Karin Tandy, Administrator of the Drug Enforcement Administration, 950 Pennsylvania Ave., N.W., Washington, D.C 20530.

(signed)

Danny Joseph Fabricant
POB 5500
Adelanto, CA 92301