William Leonard Pickard
13777 Air Expressway Blvd.
POB 5500
Adelanto, CA 92301
in propria persona

**RECEIVED**

OCT 2 7 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## UNITED STATES DISTRICT COURT

### DISTRICT OF COLUMBIA

| | |
|---|---|
| WILLIAM LEONARD PICKARD<br>        Plaintiff<br><br>v.<br><br>MICHAEL O. LEAVITT<br>in his official capacity as<br>Secretary of Health and Human Services<br>200 Independence Ave. S.W.<br>Washington, D.C  20201<br><br>ANDREW VON ESCHENBACH, M.D.<br>in his official capacity as<br>Acting Commissioner of the<br>Food and Drug Administration<br>5600 Fishers Lane<br>Rockville, Maryland 20857<br><br>ALBERTO GONZALES<br>in his official capacity as<br>Attorney General of the<br>Department of Justice<br>950 Pennsylvania Ave., N.W<br>Washington, D.C  20530<br><br>KARIN TANDY<br>in her official capacity as<br>Administrator of the<br>Drug Enforcement Administration<br>950 Pennsylvania Ave , N.W.<br>Washington, D.C  20530<br>        Defendants | Case No. 06cv1043 (RJL)<br><br>PLAINTIFF'S RESPONSE<br>TO COURT'S ORDER<br>TO SHOW CAUSE |

COMES NOW Plaintiff William Leonard Pickard in this "PLAINTIFF'S RESPONSE TO COURT'S ORDER TO SHOW CAUSE" and advises the Court as follows:

1.) On 16 October 2006, the Court ordered Plaintiff to show cause as to why this action should not be dismissed for lack of prosecution.

2.) However, on 16 October 2006 the Clerk also filed Plaintiff's Proof of Service of Summons (see Docket Listing).

3.) In the Proof of Service served by Plaintiff on 30 September 2006, an affidavit was attached stating that the copies of the Summons and Complaint were served on the Defendants and the United States Attorney for the District of Columbia on 23 August 2006 (Exhibit 1 in Proof of Service).

4.) Also included in the document were copies of the summons and returns of service along with certified mail receipts confirming service on all parties on 23 August 2006 (Exhibit 2 in Proof of Service).

5.) Hence, Defendants were served within the period required by the Federal Rules of Civil Procedure.

5.) As of this date, Plaintiff is awaiting Defendants' Answer to the Complaint and to which Plaintiff will reply.

6.) Upon receiving Defendants' Answer, Plaintiff will serve a

series of interrogatories and requests for admissions on Defendants in an effort to resolve factual disputes before the Court.

WHEREFORE, Plaintiff William Leonard Pickard respectfully complies with the Court's order to show cause, and further requests that Plaintiff be permitted to conduct discovery in this matter.

Respectfully submitted,

*[signature]*

William Leonard Pickard

POB 5500

Adelanto, CA 92301

in propria persona

Date: 21 October 2006

CERTIFICATE OF SERVICE

I hereby certify that on the _21_ day of October 2006, I placed in institutional mail first class postage prepaid two copies of the attached PLAINTIFF'S RESPONSE TO COURT'S ORDER TO SHOW CAUSE at Adelanto, California and addressed to the Clerk of the Court, United States District Court for the District of Columbia, 333 Constitution Ave., N.W., Washington, D.C. and one (1) copy each to the United States Attorney at the same address; Michael O. Leavitt, Secretary of Health and Human Services, 200 Independence Ave., S.W., Washington, D.C. 20201; Andrew von Eschenbach, M.D., Acting Commissioner of the Food and Drug Administration, 5600 Fishers Lane, Rockvile, MAryland 20857; ALberto Gonzales, Attorney General, 950 Pennsylvania Ave., N.W., Washington, D.C. 20530; and Karin Tandy, Administrator of the Drug ENforcement Administration, 950 Pennsylvania Ave., N.W. Washington, D.C. 20530.

(signed)

Danny Joseph Fabricant

POB 5500

Adelanto, CA 92301