UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| WILLIAM L. PICKARD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 06-1043 (RJL) |
| | ) | |
| MICHAEL O. LEAVITT, | ) | |
| Secretary of Health and Human Services, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

## ORDER

This matter comes before the Court on defendants' motion for an extension of time to respond to the complaint and memorandum in support thereof. After considering all applicable pleadings, the record herein, and applicable law, it is this _____ day of November 2006,

ORDERED, that defendants' motion is hereby GRANTED. The time for defendants to respond to the complaint is hereby extended to December 8, 2006.

_____
RICHARD J. LEON
United States District Judge

cc:   JOHN F. HENAULT
      Assistant United States Attorney
      555 4th Street, N.W.
      Washington, DC 20530

      WILLIAM L. PICKARD
      13777 Air Expressway Blvd.
      PO Box 5500
      Adelanto, CA 92301