

**U.S. Department of Justice**
Drug Enforcement Administration

---

*Office of the Deputy Administrator*          *Washington, D.C. 20537*

**DEC 1 2006**

Mr. William K. Rork
Rork Law Office
1321 SW Topeka Blvd.
Topeka, Kansas 66612-1816

Dear Mr. Rork:

The Drug Enforcement Administration (DEA) has completed its review of the petition to temporarily schedule bremelanotide (PT-141) prepared by your client William Leonard Pickard and transmitted to DEA by your letters dated September 9 and November 9, 2005. Petitioner requests that DEA place bremelanotide in schedule I of the Controlled Substances Act (CSA) pursuant to 21 U.S.C. § 811(h). As discussed below, there is not sufficient evidence to support a finding that bremelanotide is an imminent hazard to the public safety, and an Investigational New Drug (IND) exemption has been filed with the Food and Drug Administration (FDA) for bremelanotide. DEA finds that the grounds upon which the petitioner relies are not sufficient to justify the initiation of proceedings and accordingly denies the petition.

The temporary or emergency scheduling provision of the CSA (21 U.S.C. § 811(h)) allows DEA to place controlled substances in schedule I for a limited period of time (one year with a possibility of a six month extension) to avoid an imminent hazard to the public safety. During the 12 to 18 month period, the Department of Health and Human Services (DHHS) and DEA must determine whether the substance warrants permanent control under the CSA.

In order to schedule any substance on a temporary basis, the DEA Administrator (pursuant to a delegation by the Attorney General) is required to make a finding that scheduling the substance in schedule I on a temporary basis is necessary to avoid an imminent hazard to the public safety. In making such determination, the Administrator is required to consider three factors (21 U.S.C. § 811(h)(3)):

   Factor (4) - Its history and current pattern of abuse;
   Factor (5) - The scope, duration and significance of abuse; and,
   Factor (6) - What, if any, risk this substance poses to the public health.

Factors 4, 5 and 6 focus on the actual abuse and trafficking of the drug and the possible effects of such abuse and trafficking on the public health, and include diversion from legitimate channels and clandestine importation, manufacture or distribution.

Mr. William K. Rork                                                                                              Page Two

In addition, the CSA provides in 21 U.S.C. § 811(h)(1) that a substance may not be temporarily scheduled if any of the following conditions exist:

(1) FDA has approved a New Drug Application (NDA) for the substance;
(2) The substance is currently listed in any other schedule in the CSA; or
(3) The substance is the subject of an Investigational New Drug (IND) exemption granted by FDA to permit active development as a medication.

After reviewing the available data, DEA cannot make the finding that bremelanotide is an imminent hazard to the public safety. At this time, there is no history or current pattern of bremelanotide abuse in the United States. According to the System to Retrieve Information from Drug Evidence (STRIDE), a DEA database to systematically collect drug analysis results from DEA and other federal laboratories, no bremelanotide exhibits were analyzed from January 2004 to October 2006. A search of the National Forensic Laboratory Information System (NFLIS), a DEA sponsored project to systematically collect drug analyses results from state and local forensic laboratories, found no analyzed exhibits for bremelanotide over the same time period. The lack of data in these databases suggests that law enforcement personnel are not making seizures of bremelanotide.

In addition, the most recently published public health survey databases were searched and neither the 2005 National High School Survey (Monitoring the Future, MTF) or the 2004 Household Survey (National Survey on Drug Use and Health, NSDUH) has reported abuse of this substance. The Monitoring the Future survey is funded by the National Institute on Drug Abuse (NIDA) and surveys drug abuse among students in the 8th, 10th and 12th grades. The National Survey on Drug Use and Health is funded by the Substance Abuse and Mental Health Services Administration (SAMHSA) and surveys drug abuse by individuals twelve years of age and older.

There is insufficient data to determine what risks this substance poses to the public safety. The most recent 2004 Drug Abuse Warning Network (DAWN) database, maintained by SAMHSA, did not identify any emergency room episodes associated with bremelanotide nor have exposures to bremelanotide been reported by the American Association of Poison Control Centers (AAPCC) in the most recently (2004) published report of their Toxic Exposure Surveillance System (TESS). A search of the scientific and medical literature from 1966 to August 2006 revealed no medical or scientific reports of bremelanotide abuse, dependence or addiction.

With respect to the other criteria that must be considered, DEA has determined that bremelanotide is not approved by FDA for marketing in the United States or currently controlled in any schedule of the CSA. However, bremelanotide is under development as a medication and has an active IND filed with the FDA.

Mr. William K. Rork	Page Three

    In conclusion, the inability of DEA to make a finding of "an imminent hazard to the public safety" based on a consideration of the required factors, as well as the fact that bremelanotide is actively being developed as a medication under an FDA-approved IND exemption for research, preclude DEA from initiating proceedings for the temporary control of bremelanotide.

    Should you have any questions, please contact Mr. Joseph T. Rannazzisi, Deputy Assistant Administrator, Office of Diversion Control. He can be reached at (202) 307-7165.

Sincerely,

Michele M. Leonhart
Deputy Administrator