## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILLIAM L. PICKARD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   No. 06-1043 (RJL) |
| | ) |
| MICHAEL O. LEAVITT, | ) |
| Secretary of Health and Human Services, et al., | ) |
| | ) |
| Defendants. | ) |

### ORDER

This matter comes before the Court on defendants' motion to dismiss. After considering all applicable pleadings, the record herein, and applicable law, it is this _____ day of _____ 2007,

ORDERED, that defendants' motion is hereby GRANTED. Plaintiff's claims are hereby dismissed.

_____
RICHARD J. LEON
United States District Judge

cc:  JOHN F. HENAULT
     Assistant United States Attorney
     555 4th Street, N.W.
     Washington, DC 20530

     WILLIAM L. PICKARD
     13777 Air Expressway Blvd.
     PO Box 5500
     Adelanto, CA 92301