RECEIVED

JAN 0 8 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

William Leonard Pickard
13777 Air Expressway Blvd.
POB 5500
Adelanto, CA 92301
leonard.pickard@post.harvard.edu
in propria persona

UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA

WILLIAM LEONARD PICKARD   )
      Plaintiff   )
   )
v.   )   Case No. 1:06CV01043 (RJL)
   )
MICHAEL O. LEAVITT   )   MOTION FOR ENLARGEMENT OF TIME
Secretary of Health and   )   FOR PLAINTIFF'S TRAVERSE TO DEFENDANT'S
Human Services et al.   )   MOTION TO DISMISS
   )

Plaintiff hereby requests an enlargement of time to file Plaintiff's traverse to Defendant's motion to dismiss. The Court may note that counsel for Defendant neglected to respond to the First Amended Complaint within the period permitted by the F.R.Civ.P. (see, e.g. Docs. 5-6), and thereafter requested an extension of time to file an answer or otherwise respond the the FAC (Doc. 7). The Court then granted 30 days to Defendant for its response and Defendant finally responded to the FAC of 14 July 2006 on 7 December 2006 (Doc. 8).

Plaintiff requests no less than 30 days from the date of Defendant's motion, or to at least 6 January 2007, to traverse Defendant's motion to dismiss. As noted in the FAC (Doc. 3, Ex. A, pgr. 9a)) and as reiterated with particularity in Defendant's motion (Doc. 8, p.1, fn 1),

Plaintiff is an incarcerated pro se litigant and has significant burdens in access to legal materials, while being subject to delays in institutional mailing and other severe constraints familiar the Court.

Plaintiff is also involved in several other legal proceedings. Plaintiff applied for certiorari to the Supreme Court on 4 December 2006; Plaintiff is engaged in a protracted FOIA action in the Northern District of California before Judge Breyer (Pickard v. DOJ, C 06 0185 (CRB)); and Plaintiff is preparing an extensive Rule 33 motion based on newly discovered evidence to be submitted to the District Court in the District of Kansas.

Plaintiff intends to traverse Defendant's motion to dismiss forthwith and, as required, will also request leave to amend the complaint to correct any apparent deficiencies. The Court may observe that Plaintiffs's First Amended Complaint merely provided an additional street address in the title page and was not amended on the merits.

WHEREFORE, Plaintiff respectfully requests an enlargement of time to traverse Defendant's motion to dismiss.

Respectfully submitted,

William Leonard Pickard
POB 5500
Adelanto, CA 92301

leonard.pickard@post.harvard.edu

in propria persona

15 December 2006

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

```
WILLIAM L. PICKARD,            )
        Plaintiff,             )
                               )
v.                             )  No. 06-1043 (RLJ)
                               )
MICHAEL O. LEAVITT,            )
  Secretary of Health and      )
  Human Services, et al.,      )
        Defendants.            )
_____)
```

ORDER

This matter comes before the Court on Plaintiff's motion for enlargment of time to traverse Defendant's motion to dismiss. After considering applicable pleadings, the record herein, and applicable law, it is this ___ day of _____, 2007,

ORDERED, the Plaintiff's motion is hereby GRANTED.

RICHARD J. LEON

United States District Judge

cc: WILLIAM L. PICKARD

    13777 Air Expressway Blvd.

    POB 5500

    Adelanto, CA 92301

    JOHN F. HENAULT

    AUSA

    555 4th St., N.W.

    Washington, D.C. 20530

CERTIFICATE OF SERVICE

I hereby certify that on the _15_ day of December, 2006, I placed in institutional mail first class postage prepaid two (2) copies of the appended "MOTION FOR ENLARGEMENT OF TIME FOR PLAINTIFF'S TRAVERSE TO DEFENDANT'S MOTION TO DISMISS" to the Clerk of the Court, United States District Court, 333 Constitution Ave., N.W., Washington, D.C. 20530; and one (1) copy to AUSA John F. Henault, 555 4th St., N.W., Washington, D.C. 20530.

(signed)

Danny Joseph Fabricant

POB 5500

Adelanto, CA 92301