UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| WILLIAM L. PICKARD | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Case No. 06-1043 (RJL) |
| | ) | |
| MICHAEL O. LEAVITT, | ) | |
| Secretary of Health and Human | ) | |
| Services, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

FILED
JAN 23 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**ORDER**
(January 22, 2007) [#8]

On June 5, 2006, plaintiff filed suit based on the alleged failure of various federal administrative agencies to respond to plaintiff's request that the drug PT-141 be scheduled as a controlled substance under emergency scheduling provisions of the Controlled. After defendants filed a Motion to Dismiss on December 7, 2006, and the plaintiff failed to respond, on January 3, 2007, the Court issued a *"Fox* Order" informing plaintiff, who is proceeding *pro se*, that he must respond by January 17, 2007. *See Fox v. Strickland*, 837 F.2d 507 (D.C. Cir. 1988). On January 8, 2007, this Court received a motion from plaintiff for an extension of time until January 6, 2007 to respond. This Court granted plaintiff's motion and permitted plaintiff to respond by January 17, 2007 with the caveat that the case would be dismissed if he did not respond by that date. Plaintiff has failed to respond.

Local Civil Rule 7.1(b) states that an opposing party must file a memorandum of



points and authorities in opposition to a motion within eleven days of the date of service and that "if such a memorandum is not filed within the prescribed time, the court may treat the motion as conceded." The authority of the district court to enforce this rule has been affirmed by the D.C. Circuit. *See FDIC v. Bender*, 127 F.3d 58, 67-68 (D.C. Cir. 1997) (finding that "the discretion to enforce . . . [Rule 7.1(b)] lies wholly within the district court"). Even holding plaintiff's pleadings to the less stringent standard afforded *pro se* litigants, *see Haines v. Kerner*, 404 U.S. 519, 520 (1972), the Court concludes that the motion to dismiss should be granted.

In consideration of the fact that plaintiff was given notice of the consequences of failing to respond, and the amount of time that has passed, it is hereby

**ORDERED** that the defendants' motion to dismiss [#8] is GRANTED; and it is further

**ORDERED** that this case be dismissed against all defendants.

**SO ORDERED.**

_____
RICHARD J. LEON
UNITED STATES DISTRICT JUDGE